# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAMON HOLDINGS CORPORATION, | ) Case No. 22-10375 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that BMC Group, Inc., an interested party in the above captioned case hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon it at the address set forth below.  An e-mail address is included and notice by e-mail is affirmatively acknowledged as being acceptable:

>BMC Group, Inc.
>Attn: T Feil
>3732 W. 120th Street
>Hawthorne, CA 90250
>bmc@ecfAlerts.com

PLEASE TAKE FURTHER NOTICE that this request includes all notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or its property.  This request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telecopy,

telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

This Request for Notice shall not be deemed or construed to a be a waiver of BMC Group, Inc.'s rights (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, defenses, setoffs or recoupments to which BMC Group, Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 25, 2022

/s/ Steven Ordaz
By: Steven Ordaz
BMC Group, Inc.
3732 W. 120th Street
Hawthorne, CA 90250