# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al.*,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION OF JOSEPH J. DEMARTINO IN SUPPORT OF
## DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS

I, Joseph J. DeMartino, hereby declare under penalty of perjury that the following (this "Declaration") is true to the best of my knowledge, information and belief:

1.  I hold the offices of President of each of Hamon Corporation ("Hamon Corp."), Hamon Custodis Inc. ("Custodis"), and Research-Cottrell Cooling Inc. ("RCC"). I hold the offices of Vice President for each of Hamon Holdings Corporation ("HHC") and Hamon Research-Cottrell Inc. ("HRC"). I am also an advisor to, and authorized individual for Hamon Deltak, Inc. ("Deltak" and, collectively with the other above-captioned debtors and debtors-in-possession, the "Debtors"). I also hold the office of President of non-debtor subsidiary Hamon Custodis-Cottrell (Canada) Inc. ("Custodis Canada").

2.  Prior to December 2021, I served as the company group's organizational Vice President of Operations for North America responsible for the operations for the company group's US operating entities, HRC, Custodis, RCC and Deltak. As the organizational Vice President of Operations for North America, I was responsible for the Engineering, Project Management, Procurement, Construction and Manufacturing for the company group's US operating entities.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis Inc. (5109); Hamon Deltak Inc. (2153); Hamon Research-Cottrell Inc. (5111); and Research-Cottrell Cooling Inc. (2385). The Debtors' mailing address is 46 E. Main Street Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

Since December 2021, I have maintained my aforementioned offices with the US operating entities for the purposes of acting in advisory capacity to the US management team regarding my areas of prior responsibility.

3. I hold a Bachelor of Science in Engineering Physics and a Bachelor of Science in Interdisciplinary Studies from the University of Pittsburgh. Through my positions and service to the Debtors, I have extensive experience in the industries the Debtors serve, specifically the power, industry, and oil and gas sectors.

4. As a result of my role and experience with the Debtors, my review of relevant documents, and my discussions with members of the Debtors' management teams, I am generally familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, all facts set forth in this Declaration are based my personal knowledge, my discussions with members of the Debtors' senior management and advisors, my review of relevant documents, or my opinion based on my experience and general knowledge of the Debtors' operations and financial condition. In making this Declaration, I have relied in part on information and materials that the Debtors' personnel and advisors have gathered, prepared, verified, and provided, in each case, under the supervision and direction of Peter Howes, the company group's North America Transformation Officer (the "Senior Transformation Officer"), with advice of counsel, and for my use in preparing this Declaration.

5. I am over the age of eighteen (18) and am authorized by the Debtors to submit this Declaration in support of these chapter 11 cases and any relief sought by the Debtors in connection therewith. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

## I. Description of the Debtors' History, Structure and Business Operations

### A. The Hamon Group

6. The Debtors constitute the US-based subsidiaries ("Hamon US") of Hamon & Cie (International) SA (the "European Parent" and collectively with its global affiliates the "Hamon Group.") The Hamon Group promotes itself as a global environmental solution provider. The European Parent is a Belgian *société anonyme* listed on the Euronext Brussels under the symbol HAMO. The Hamon Group's global activities include the design, manufacture, and installation of cooling, air quality control and waste heat recovery systems, used in power generation and other industries. It also provides aftermarket parts and repair services.

7. The Hamon Group's customers have included power plants, oil and gas companies, petrochemical facilities, and heavy industries.

8. The Hamon Group's US operations began in the late 1990s through a series of acquisitions relating to the Debtors' legacy operations. From that time, Hamon US, based in Somerville, New Jersey, rose to its industry-leading status in the fields of cooling, air pollution control, and design and construction of industrial chimneys. In 2011, Hamon Corp. acquired the assets of Deltak, LLC, resulting in the formation of Deltak. With that acquisition, Hamon added the design and supply of heat recovery systems to its profile of services and products provided.

### B. Organizational Structure

9. The Debtors' local corporate organization is set forth on **Exhibit A.**

10. Debtor HHC is a Delaware corporation and the company group's ultimate US parent. The European Parent is HHC's sole shareholder.

11. Debtor Hamon Corp. is a Delaware corporation and the company group's intermediate US holding company. HHC is the sole shareholder of Hamon Corp.

12. Debtor HRC is a Delaware corporation and a US operating company. Hamon Corp. is the sole shareholder of HRC.

13. Debtor Deltak is a Delaware corporation. Hamon Corp. is the sole shareholder of Deltak.

14. Debtor Custodis is a Delaware corporation. Hamon Corp. is the sole shareholder of Custodis.

15. Debtor RCC is a Delaware corporation. Hamon Corp. is the sole shareholder of RCC. In turn, RCC is the sole shareholder of non-debtor Custodis Canada.

## II. Hamon's Global Restructuring

16. On a group-wide basis, Hamon has experienced a significant reduction in revenues, driven by market conditions. These negative market conditions are, in part, related to the on-going Covid-19 pandemic, as well as the fact that the markets Hamon serves are in decline. Specifically, Hamon operates primarily in the fossil fuels energy industry. As capital markets have emphasized non-fossil fuel or "green" investments in recent years, the number of fossil fuel industrial installation projects has declined. As a result, revenue from Hamon's core businesses has declined.

17. In turn, as a consequence of the reduction in new installations, Hamon has relied increasingly on revenue from its spare parts and maintenance operations. This "spares and repairs" business does not generate sufficient revenue to support the continued operations of Hamon US. Where Hamon has existing, early-phase projects, significant changes to the cost structures (including changes based on the rising costs of raw materials and freight) have exposed Hamon to losses that can no longer be sustained without being able to renegotiate pricing, terms and conditions.

18. As a result, Hamon has attempted to restructure its global operations and balance sheets. To date, those various restructuring efforts have failed to address the company's global financial and operational declines.

A. **The Foreign Insolvency Proceedings**

19. I am informed by the management of the European Parent, that on or about February 21, 2022, the European Parent opened a judicial reorganization procedure in Belgium (generally, the "Belgian Insolvency Proceeding") pursuant to a judgement pronounced by the Enterprise Court of Walloon Brabant (the "Belgian Court"). The stated objective of the Belgian Insolvency Proceeding was to obtain amicable or collective agreements between the European Parent and its creditors. *See* Hamon Group Press Release dated February 25, 2022, attached as **Exhibit B**.

20. I am also informed that in connection with the Belgian Insolvency Proceeding, the Belgian court required the European Parent to file on or before April 11, 2022 a reorganization plan for the subject entities supported by their secured creditors. Despite continued discussions with stakeholders and regular communication with banks and other secured creditors, the European Parent and its co-debtor affiliates were not able to submit timely a consensual reorganization plan or other amicable agreement. As a result, on or about April 11, 2022, the European Parent filed for bankruptcy before the Enterprise Court of Walloon Brabant (the "Belgian Bankruptcy Proceeding"). *See* Hamon Group Press Release dated April 13, 2022, attached as **Exhibit C**.

21. I am further informed that an introductory hearing concerning the opening of the Belgian Bankruptcy Proceeding is scheduled for April 25, 2022 at which time the Belgian Court will appoint a liquidator for the European Parent.

### B. Circumstances Leading to These Chapter 11 Proceedings

22. The Debtors' operations currently do not generate sufficient revenue to permit them to meet their obligations. The Debtors are facing a liquidity crisis with an imbalance in accounts receivable and accounts payable resulting in diminished working capital such that they cannot meet their ongoing obligations. The Debtors' accounts receivable factoring facility was terminated by the factor in February 2022, and the Debtors were not otherwise in a position to obtain outside financing. The Debtors were therefore reliant on the global restructuring plan potentially to include a capital contribution from the European Parent. In light of the Belgian Bankruptcy Proceeding, it is clear that such financial contribution is not forthcoming.

23. As a result of this development, combined with pandemic-related interruptions and the general downturn in the Debtors' core businesses have significantly constrained the Debtors' liquidity and its ability to operate. Faced with lack of liquidity and an inability to pay debts as they became due, the Debtors initiated the above-captioned chapter 11 cases (these "Chapter 11 Cases") on April 24, 2022 (the "Petition Date") by filing voluntary petitions for relief under chapter 11 of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") in the United States District Court for the District of Delaware (the "Bankruptcy Court").

### C. The Debtors' Anticipated Restructuring

24. In connection with the company's global restructuring efforts, the company group's global management appointed the Senior Transformation Officer to manage the day-to-day operations of the US operating entities.

25. Together with myself and the Debtors' management, the Senior Transformation Officer is working to identify and pursue a plan to restructure Hamon's US operations, including through the potential sale, restructuring, or liquidation of one or more of the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the contents of the contents of the foregoing Declaration are true and correct to the best of my knowledge, information and belief.

Dated: April 24, 2022

_____
Joseph J. DeMartino

DM3\8661170.8