# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al.*,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Jointly Administered) |

## STATEMENT OF FINANCIAL AFFAIRS FOR DEBTOR
## <u>HAMON RESEARCH-COTTRELL, INC. (CASE NO. 22-10379)</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis, Inc. (5109); Hamon Deltak, Inc. (2153); Hamon Research-Cottrell, Inc. (5111); and Research-Cottrell Cooling, Inc. (2385). The Debtors' mailing address is 46 E. Main Street, Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al*.,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES
REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

Hamon Holdings Corporation, Hamon Corporation, Hamon Custodis, Inc.. Hamon Deltak, Inc., Hamon Research-Cottrell, Inc., and Research-Cottrell Cooling, Inc.(collectively, the "Debtors"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis, Inc. (5109); Hamon Deltak, Inc. (2153); Hamon Research-Cottrell, Inc. (5111); and Research-Cottrell Cooling, Inc. (2385). The Debtors' mailing address is 46 E. Main Street, Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors and their officers, managers, employees, agents, and professional advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions of any person or party, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as required by the Bankruptcy Code, the Debtors and their officers, managers, employees, agents, and professional advisors do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or—except as required by the Bankruptcy Code, the Bankruptcy Rules, or order of the Bankruptcy Court—to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, managers, employees, agents and professional advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professional advisors. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Overview of Methodology

1.       <u>Reservation of Rights</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("<u>Claim</u>") descriptions or designations or the Debtor against which a Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, classification or any other basis; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained

elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor, or between a Debtor and an affiliate of the Debtor or a related party, is a statement of what appears in the Debtors' books and records, and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or otherwise, or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2.      <u>Description of the Case and "as of" Information Date</u>. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of April 24, 2022—the date upon which the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "<u>Petition Date</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). Exception is made to the balances of obligations between a Debtor and another Debtor or between a Debtor and an affiliate of the Debtor or a related party. These balances are calculated based on April 2022 month end closing figure.

3.      <u>Net Book Value of Assets</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all their assets. Accordingly, unless otherwise indicated in the Schedules and Statements or herein, the Debtors' Schedules and Statements reflect net book values as of April 24, 2022, in the Debtors' books and records. Additionally, because the book values of certain assets such as patents, trademarks, and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. In addition, the Debtors have listed investments in Debtors subsidiaries as having a $0.00 book value, as those equity interests are currently estimated to have no value due to the bankruptcy filings. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

4.      <u>Excluded Assets and Liabilities</u>. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any Claim.

5.      <u>Intellectual Property Rights</u>. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale,

3

acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. In addition, although the Debtors have made reasonable efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

      6.      <u>Summary of Significant Reporting Policies</u>. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

      (a)      <u>Accounts Receivable</u>. Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not net of any allowance for doubtful accounts, which are unknown.

      (b)      <u>Causes of Action</u>. Although the Debtors have attempted to list all claims of the Debtors, if any, on Questions 74 and 75 of Schedule A/B, certain claims may have been inadvertently omitted. The Debtors reserve all rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

      (c)      <u>Executory Contracts</u>. The Debtors have not listed executory contracts as assets in their Schedules and Statements; rather, the Debtors' executory contracts have been set forth in Schedule G. *See* Global Note 6(h), below, for additional notes regarding the Debtors' executory contracts.

      (d)      <u>Payments Made Within 90 Days Prior to the Petition Date and Payments to Insiders Within One Year of the Petition Date</u>. Payments made in the ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the Statement 3.1. Payments made to certain professionals of the Debtors are listed in response to Statement 11 rather than Statement 3.1.

      (e)      <u>Total</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      (f)      <u>Schedule D - Secured Claims</u>. The Debtors have not included on Schedule D claims that may be secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F. The Debtors reserve the right to dispute or challenge the extent, validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Secured claim amounts have been listed on Schedule D without regard to the value of assets securing such claims. No attempt

was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(g)     Schedule E/F - Priority and Unsecured Claims. Although the Debtors may have scheduled claims of various creditors as priority claims, the Debtors reserve all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices. The dollar amounts listed may also be exclusive of contingent and unliquidated amounts. The Debtors expressly incorporate by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtors, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

(h)     Schedule G - Executory Contracts/Unexpired Leases. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the Debtors' executory agreements may not have been memorialized in writing and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtors are a party is not executory. Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtors' accounts payable. The Debtors have not listed on Schedule E/F landlords and executory contract counterparties which may have Claims related to contract/lease rejection or other damages.

(i)     Estimates and Assumptions. The Debtors have made certain necessary estimates and assumptions to timely comply with their disclosure obligations that affected the reported amounts of the assets and liabilities reported therein. Actual amounts could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

DM3\8776331.3

(j)    <u>Currency</u>. All amounts are reflected in U.S. dollars.

7.    <u>Intercompany and Affiliate Transactions</u>. The net balance of intercompany transactions between the Debtors, if any, as well as of affiliate transactions between the Debtors and their non-Debtor affiliates, if any, is set forth on Schedule E/F and Schedule A/B Item 11, as applicable, and is as of month-end April 2022. Any intercompany cash transfers between the Debtors, or between the Debtors and their non-Debtor affiliates, are captured on Statement Item 4. The listing in the Schedules or Statements (including, without limitation, Schedule A/B Item 11 or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor, or between a Debtor and a non-Debtor affiliate, is a statement of what appears in the Debtors' books and records as of the Petition Date and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations. The Debtors continue to analyze intercompany and affiliate balances, and these balances may continue to be revised beyond the amounts indicated in the Schedules and Statements. Intercompany obligations between a Debtor and another Debtor or between a Debtor and an affiliate are offset between current assets and current liabilities balances.  The actual balance due to/due from a certain Debtor might contain offsets based on the Debtors' books and records.

8.    <u>Exculpation</u>. The Debtors and their agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by their acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

9.    <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

## Global Notes to the Debtors' Schedules

**Part 1, Item 2.1**

*Employee Priority Claims*. As of the filing of these Schedules, employee priority claims have been paid according to the First Day Orders.[2] Therefore, the claims relating to employee wages are not outstanding.  The employee priority claims amounts shown on the Schedules are gross of any and all taxes and no employee is individually identified. Since the Debtors have no pre-petition liabilities with individual employees following the First Day Order payments, and in the interest of confidentiality, their names and addresses are not disclosed on the Schedules. The Debtors can make parties available to provide further information or detail relating to employee priority claims upon request.

*Tax priority claims*. The Debtors do not owe any federal taxes as of the Petition Date.

**Part 5, Item 25**

*Property Purchased Within 20 Days Before the Bankruptcy Filing*. The Debtors believe there was material purchased within 20 days of the Petition Date, but further investigation is needed because most of these purchases of goods and services are delivered at locations that do not belong to the Debtors.  These locations generally belong to customers that contract the Debtors to perform construction, repair or maintenance services.

## Global Notes to the Debtors' Statements

**Part 1, Item 1**

*Revenue recognition*. Based on its accounting practices and procedures, the Debtors do not recognize project revenue in the months following the quarterly close.  However, the Company does recognize parts revenue on a monthly basis.

**Part 3, Item 7**

In July 1998, Hamon & Cie (International) SA acquired certain assets of Research Cottrell, Inc., and affiliates ("RC"), and that acquisition led to the US operations of the affiliated Debtors. The cases listed in response to this question represent claims by the plaintiffs for alleged injuries due to exposure to asbestos, and all of these cases are subject to RC's indemnity obligations in connection with the aforesaid acquisition. RC has defended many such claims in the years since the acquisition, and none have resulted in any liability to any of the Debtors for claims or defense costs.

---

[2] The First Day Orders granted the First Day Motions defined in the *Notice of Final Hearing on First Day Motions* [Docket No. 30].

**Part 6, Items 11.1 and 11.2**

The Debtors jointly retained Duane Morris LLP prior to the Petition Date to serve as US restructuring and bankruptcy counsel. While the payments to Duane Morris were directed from Debtor Hamon Holdings Corporation, they were made on behalf of each of the Debtors. However, the payments are reflected only on the Statements for debtor Hamon Holdings Corporation and are omitted from the Statements for each of the other Debtors.

In addition, the payment to Duane Morris listed in Item 11.2 included $10,000 earmarked for the advance retainer payable to the Debtors' claims and noticing agent, BMC Group, Inc.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule E/F, Part 3, 3.1 - Hamon Deltak, Inc.; Hamon Research-Cottrell, Inc.**

Debtors Hamon Deltak, Inc. ("Deltak") and Hamon Research-Cottrell, Inc. ("HRC") were parties to pre-petition factoring agreements (the "Prepetition Factoring Agreements") with KBC Commercial Finance NV ("KBC"). In connection with the Prepetition Factoring Agreements, KBC purports to have acquired certain accounts receivables of HRC and Deltak and has alleged rights therein and in proceeds. Deltak and HRC, respectively, dispute KBC's positions.

## Specific Disclosures with Respect to the Debtors' Statements

None.

DM3\8776331.3

**Fill in this information to identify the case:**

Debtor name ___Hamon Research-Cottrell, Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): ___22-10379-JTD___

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 MM / DD / YYYY | to Filing date | ☑ Operating a business ☐ Other _____ | $3,950,348 |
| **For prior year:** | From 01/01/2021 MM / DD / YYYY | to 12/31/2021 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $27,442,285 |
| **For the year before that:** | From 01/01/2020 MM / DD / YYYY | to 12/31/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $14,185,366 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

Debtor    Hamon Research-Cottrell, Inc.                                    Case number (*if known*) 22-10379-JTD
          Name

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached rider<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached rider<br>Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Debtor    Hamon Research-Cottrell, Inc.    Case number (if known) 22-10379-JTD
_____Name_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached rider | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor    Hamon Research-Cottrell, Inc. _____    Case number (if known) 22-10379-JTD _____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City          State     ZIP Code | Case number | Street |
| | _____ | |
| | Date of order or assignment | City        State      ZIP Code |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $ _____ |
| | Street | _____ | | |
| | City        State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | Recipient's name | _____ | | $ _____ |
| | Street | | | |
| | City        State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $ _____ |

Debtor    Hamon Research-Cottrell, Inc.                                    Case number (if known) 22-10379-JTD
_____                              _____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

| | | |
|---|---|---|
| Debtor | Hamon Research-Cottrell, Inc. | Case number *(if known)* 22-10379-JTD |
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 46 East Main Street | | From 11/1/2018 | To Present |
| | Street | | | |
| | Somerville          NJ          08876-1251 | | | |
| | City          State          ZIP Code | | | |
| 14.2. | 50 North Linden Street, Duquesne, PA 15110 | | From 4/5/20017 | To Present |
| | Street | | | |
| | Leased by Hamon Corporation on behalf of Hamon Research-Cottrell, Inc. | | | |
| | City          State          ZIP Code | | | |

Debtor    Hamon Research-Cottrell, Inc.
_____
Name

Case number *(if known)* 22-10379-JTD
_____

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City         State         ZIP Code | _____<br>_____ | *Check all that apply:*<br>☑ Electronically<br>☑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City         State         ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

Debtor    Hamon Research-Cottrell, Inc.                                    Case number (if known) 22-10379-JTD
_____                              _____
          Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Iron Mountain<br>Name<br>2 Sun Court<br>Street<br>_____<br>Norcross    GA    30092<br>City    State    ZIP Code | Maureen Turner<br>_____<br>**Address**<br>46 East Main St  STE 301<br>Somerville, NJ    08876-1251 | Books and records<br>_____<br>_____ | ☐ No<br>☑ Yes |

Debtor    Hamon Research-Cottrell, Inc.                                    Case number (if known) 22-10379-JTD
          Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Hamon Research-Cottrell, Inc.

Name

Case number (*if known*) 22-10379-JTD

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State        ZIP Code | City          State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | See attached rider<br>Name<br>Street<br>City          State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.2. | Business name and address<br>Name<br>Street<br>City          State        ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br>City          State        ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |

---

Debtor    Hamon Research-Cottrell, Inc. _____    Case number (*if known*) 22-10379-JTD
　　　　　　 Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.　See attached rider<br>　　　　Name<br><br>　　　　Street<br><br>　　　　City　　　　　State　　　ZIP Code | From _____　To _____ |
| 26a.2.　<br>　　　　Name<br><br>　　　　Street<br><br>　　　　City　　　　　State　　　ZIP Code | From _____　To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.　See attached rider<br>　　　　Name<br><br>　　　　Street<br><br>　　　　City　　　　　State　　　ZIP Code | From _____　To _____ |
| 26b.2.　<br>　　　　Name<br><br>　　　　Street<br><br>　　　　City　　　　　State　　　ZIP Code | From _____　To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.　Hamon Corporation<br>　　　　Name<br>　　　　46 East Main Street, Suite 301<br>　　　　Street<br><br>　　　　Somerville　　　NJ　　　08876-1251<br>　　　　City　　　　　State　　　ZIP Code | N/A<br><br>_____<br><br>_____ |

---

Debtor    Hamon Research-Cottrell, Inc.                                    Case number *(if known)* 22-10379-JTD
_____                                          _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City                          State          ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. See attached rider <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City                          State          ZIP Code |

| Name and address |
|---|
| 26d.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City                          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City                          State          ZIP Code |

| Debtor | Hamon Research-Cottrell, Inc. | Case number (if known) | 22-10379-JTD |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.

Name

Street

City          State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fabrice Orban | 46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | CEO and Director | N/A |
| Joseph DeMartino | 46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | President | N/A |
| Scott Bryant | 13330 12th Ave North Plymouth, MN 55441 (Hamon Deltak Corpo | Treasurer | N/A |
| Eric Binard | 46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Secretary and Director | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tara Cichetti | 46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Secretary / Officer | From 1/14/22 To 2/25/22 |
| Robert Recio | 46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | VP & Secretary/Officer | From >1 year To 7/3/21 |
| | | | From To |
| | | | From To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached rider | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Relationship to debtor | | | |

Debtor    Hamon Research-Cottrell, Inc.
_____    Case number (if known) 22-10379-JTD
Name

| **Name and address of recipient** | | | |
|---|---|---|---|
| 30.2 | | _____ | |
| | Name | | _____ |
| | Street | | _____ |
| | | | |
| | City                State        ZIP Code | | _____ |
| **Relationship to debtor** | | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

Yes. Identify below.

| ☑ | **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|---|
| | Hamon Holdings Corporation | EIN: 2  6 – 2  2  4  4  4  4  0 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/15/2022
                       MM  / DD  / YYYY

✗ /s/ Scott Bryant
_____    Printed name  Scott Bryant
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Treasurer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor: **Hamon Research-Cottrell, Inc.**                    Case number (if known): **22-10379-JTD**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers₁including expense reimbursements₁to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.1 | APROJECTS NV (BELGIUM)<br>WESLEY YAN, BUSINESS DEVELOPMENT MANAGER<br>INDIESTRAAT 2 (X JAN VAN GENTSTRAAT 1)<br>ANTWERPEN,   B2000<br>BELGIUM | 3/4/2022 | | $290,428.00 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $290,428.00 | |
| 3.2 | CERTIFIED CONSTRUCTORS SERVICE, INC.<br>DEBORAH HENDERSON, PRESIDENT<br>5330 FAIRFIELD DRIVE<br>CRESTVIEW, FL  32536 | 3/4/2022 | | $25,000.00 | SUPPLIERS OR VENDORS |
| | | 3/11/2022 | | $25,000.00 | SUPPLIERS OR VENDORS |
| | | 3/31/2022 | | $25,000.00 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $75,000.00 | |
| 3.3 | CORTROL PROCESS SYSTEMS INC.<br>4518 WEST 56TH STREET<br>TULSA, OK  74107 | 2/24/2022 | | $21,851.25 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $21,851.25 | |
| 3.4 | ESP SPECIALTIES & FABRICATIONS<br>169 LITTLE CHURCH ROAD<br>FOLKSTON, GA  31537 | 3/1/2022 | | $122,653.12 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $122,653.12 | |
| 3.5 | EXXONMOBIL CATALYSTS & LICENSE<br>22777 SPRINGWOODS VILLAGE PARKWAY<br>SPRING, TX  77389 | 3/31/2022 | | $27,500.00 | ROYALTY |
| | | | SUBTOTAL | $27,500.00 | |
| 3.6 | FEDEX (POB 371461)<br>PO BOX 371461<br>PITTSBURGH, PA  15250-7461 | 2/1/2022 | | $37.34 | SUPPLIERS OR VENDORS |
| | | 2/8/2022 | | $97.93 | SUPPLIERS OR VENDORS |
| | | 2/15/2022 | | $3.36 | SUPPLIERS OR VENDORS |
| | | 3/8/2022 | | $3,945.93 | SUPPLIERS OR VENDORS |
| | | 3/15/2022 | | $652.63 | SUPPLIERS OR VENDORS |
| | | 3/22/2022 | | $96.94 | SUPPLIERS OR VENDORS |
| | | 3/29/2022 | | $5,379.77 | SUPPLIERS OR VENDORS |
| | | 4/7/2022 | | $167.78 | SUPPLIERS OR VENDORS |
| | | 4/12/2022 | | $2,453.07 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $12,834.75 | |
| 3.7 | FLUE GAS SERVICES, LLC<br>MARK RALPH KERCHEVAL<br>14864 PACES POINT ROAD<br>DADEVILLE, AL  36853 | 2/24/2022 | | $30,000.00 | SUPPLIERS OR VENDORS |
| | | 3/4/2022 | | $30,000.00 | SUPPLIERS OR VENDORS |
| | | 3/17/2022 | | $91,425.21 | SUPPLIERS OR VENDORS |
| | | 4/11/2022 | | $12,135.30 | SUPPLIERS OR VENDORS |
| | | 4/21/2022 | | $13,264.60 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $176,825.11 | |
| 3.8 | GARTLAND FOUNDRY CO INC.<br>PO BOX 2008<br>TERRE HAUTE, IN  47808 | 3/7/2022 | | $15,694.80 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $15,694.80 | |

Debtor: **Hamon Research-Cottrell, Inc.**                                        Case number (if known): **22-10379-JTD**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers₁including expense reimbursements₁to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 3.9 | GOLLIHUE JESSIE L<br>PO BOX 113<br>WILLARD, KY  41181 | 2/24/2022 | $4,462.40 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | 3/4/2022 | $1,667.37 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | 4/8/2022 | $253.83 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | 4/14/2022 | $4,880.34 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | 4/15/2022 | $6,000.00 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | SUBTOTAL | $17,263.94 |  |
| 3.10 | HUNTER EXPANSION JOINTS, LLC<br>PO BOX 7483<br>ATHENS, GA  30604 | 3/23/2022 | $8,351.39 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $8,351.39 |  |
| 3.11 | JAMES CONTROLS, LLC<br>230 KINGS HWY EAST, #328<br>HADDONFIELD, NJ  08033 | 2/24/2022 | $42,028.00 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $42,028.00 |  |
| 3.12 | MATERIALS HANDLING EQUIPMENT CO.<br>DIV OF MERRICK INDUSTIRES INC.<br>1059 TRIAD COURT #14<br>MARIETTA, GA  30062 | 2/24/2022 | $139,980.89 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $139,980.89 |  |
| 3.13 | NARDINE ALFRED<br>3422 SOUTH PETERSBURG RD.<br>WHEATLAND, IN  47597 | 2/1/2022 | $161.68 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | 3/4/2022 | $18,102.75 | EMPLOYEE EXPENSE REIMBURSEMENT |
|  |  | SUBTOTAL | $18,264.43 |  |
| 3.14 | NWL, INC.<br>TERRY FARMER, VP AND ESP BUSINESS<br>UNIT DIRECTOR<br>312 RISING SUN ROAD<br>BORDENTOWN, NJ  08505 | 3/1/2022 | $145,738.50 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $145,738.50 |  |
| 3.15 | PSP INDUSTRIES<br>BRAD HOOPER, PRESIDENT<br>9885 DOERR LANE<br>SCHERTZ, TX  78154-9408 | 2/22/2022 | $25,000.00 | SUPPLIERS OR VENDORS |
|  |  | 3/4/2022 | $25,000.00 | SUPPLIERS OR VENDORS |
|  |  | 3/11/2022 | $25,000.00 | SUPPLIERS OR VENDORS |
|  |  | 3/23/2022 | $50,000.00 | SUPPLIERS OR VENDORS |
|  |  | 3/29/2022 | $50,000.00 | SUPPLIERS OR VENDORS |
|  |  | 4/4/2022 | $50,000.00 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $225,000.00 |  |
| 3.16 | REDKOH INDUSTRIES, INC.<br>PO BOX 801<br>BELLE MEAD, NJ  08502 | 3/4/2022 | $90,159.21 | SUPPLIERS OR VENDORS |
|  |  | 3/9/2022 | $42,913.00 | SUPPLIERS OR VENDORS |
|  |  | 3/11/2022 | $42,904.00 | SUPPLIERS OR VENDORS |
|  |  | 4/6/2022 | $31,187.72 | SUPPLIERS OR VENDORS |
|  |  | SUBTOTAL | $207,163.93 |  |

Debtor: **Hamon Research-Cottrell, Inc.**                                      Case number (if known): **22-10379-JTD**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers¡including expense reimbursements¡to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.17 | RIDGEWAY RUSSELL<br>ADDRESS UNAVAILABLE<br>, | 2/24/2022 | | $3,150.93 | EMPLOYEE EXPENSE REIMBURSEMENT |
| | | 3/11/2022 | | $3,326.00 | EMPLOYEE EXPENSE REIMBURSEMENT |
| | | 4/8/2022 | | $3,672.30 | EMPLOYEE EXPENSE REIMBURSEMENT |
| | | | SUBTOTAL | $10,149.23 | |
| 3.18 | ROSE FABRICATING & LNDUSTRIAL<br>SOLUTIONS<br>JESSICA WOOD, CONTROLLER<br>290 INDUSTRIAL ROAD N<br>COVINGTON, TN  38019 | 3/1/2022 | | $47,025.00 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $47,025.00 | |
| 3.19 | SHUPPER-BRICKLE EQUIPMENT CO.<br>11 BURNT TAVERN ROAD<br>CLARKSBURG, NJ  08510 | 3/1/2022 | | $15,809.50 | SUPPLIERS OR VENDORS |
| | | 3/24/2022 | | $15,809.00 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $31,618.50 | |
| 3.20 | XIOS GLOBAL PROJECTS LLC (FORM BRAID)<br>1908 N MEMORIAL WAY<br>HOUSTON, TX  77007 | 3/31/2022 | | $23,297.50 | SUPPLIERS OR VENDORS |
| | | 4/19/2022 | | $23,297.50 | SUPPLIERS OR VENDORS |
| | | | SUBTOTAL | $46,595.00 | |
| | | | TOTAL | $1,681,965.84 | |

Debtor: **Hamon Research-Cottrell, Inc.**                    Case number (if known): **22-10379-JTD**

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | DEMARTINO, JOSEPH J. | 11/19/2021 | $5,159.21 | PAYROLL |
| | 46 EAST MAIN STREET, SUITE 301 | 5/21/2021 | $4,521.82 | PAYROLL |
| | P.O. BOX 1500 | 6/04/2021 | $4,521.80 | PAYROLL |
| | SOMERVILLE, NJ 08876-1251 | 6/18/2022 | $4,521.82 | PAYROLL |
| | | 7/02/2021 | $4,521.82 | PAYROLL |
| | **Relationship to debtor** | 7/16/2021 | $4,521.80 | PAYROLL |
| | OFFICER | 7/30/2021 | $4,521.82 | PAYROLL |
| | | 8/27/2021 | $4,612.86 | PAYROLL |
| | | 9/10/2021 | $4,700.34 | PAYROLL |
| | | 9/24/2021 | $5,159.20 | PAYROLL |
| | | 10/08/2021 | $5,159.21 | PAYROLL |
| | | 5/07/2021 | $4,521.81 | PAYROLL |
| | | 11/05/2021 | $5,159.21 | PAYROLL |
| | | 4/22/2022 | $4,670.26 | PAYROLL |
| | | 12/03/2021 | $5,284.10 | PAYROLL |
| | | 12/17/2021 | $5,660.04 | PAYROLL |
| | | 12/31/2021 | $5,596.20 | PAYROLL |
| | | 1/14/2022 | $5,136.25 | PAYROLL |
| | | 1/28/2022 | $4,077.31 | PAYROLL |
| | | 2/11/2022 | $4,635.42 | PAYROLL |
| | | 2/25/2022 | $4,635.42 | PAYROLL |
| | | 3/11/2022 | $4,640.49 | PAYROLL |
| | | 3/25/2022 | $4,670.25 | PAYROLL |
| | | 4/08/2022 | $4,670.25 | PAYROLL |
| | | 10/22/2021 | $5,159.21 | PAYROLL |
| | | 8/13/2021 | $5,807.28 | PAYROLL INCLUDES RETRO |
| | | 4/14/2022 | $4,760.46 | TRAVEL EXPENSES |
| | | **SUBTOTAL** | $131,005.66 | |
| | | | | |
| 4.2 | HAMON & CIE (INTERNATIONAL) S.A. | 3/31/2022 | $32,431.82 | RECHARGE INSURANCE |
| | RUE ANDRÉ DUMONT 6 | **SUBTOTAL** | $32,431.82 | |
| | MONT-SAINT-GUIBERT 1435 | | | |
| | BELGIUM | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | NON-DEBTOR AFFILIATE | | | |

---

Debtor: **Hamon Research-Cottrell, Inc.**    Case number (if known): **22-10379-JTD**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3 | HAMON CORPORATION | 4/28/2021 | $450,000.00 | FUNDING |
| | 46 EAST MAIN STREET, SUITE 301 | 4/30/2021 | $35,000.00 | FUNDING |
| | SOMERVILLE, NJ 00876 | 5/14/2021 | $175,000.00 | FUNDING |
| | | 5/19/2021 | $175,000.00 | FUNDING |
| | **Relationship to debtor** | 6/1/2021 | $250,000.00 | FUNDING |
| | DEBTOR AFFILIATE | 6/3/2021 | $600,000.00 | FUNDING |
| | | 6/10/2021 | $152,069.84 | FUNDING |
| | | 6/18/2021 | $400,000.00 | FUNDING |
| | | 6/23/2021 | $50,000.00 | FUNDING |
| | | 6/30/2021 | $50,000.00 | FUNDING |
| | | 7/9/2021 | $600,000.00 | FUNDING |
| | | 7/19/2021 | $390,000.00 | FUNDING |
| | | 7/23/2021 | $95,000.00 | FUNDING |
| | | 8/4/2021 | $260,000.00 | FUNDING |
| | | 8/11/2021 | $48,000.00 | FUNDING |
| | | 8/11/2021 | $65,000.00 | FUNDING |
| | | 8/19/2021 | $200,000.00 | FUNDING |
| | | 9/13/2021 | $246,000.00 | FUNDING |
| | | 9/21/2021 | $250,000.00 | FUNDING |
| | | 10/13/2021 | $100,000.00 | FUNDING |
| | | 10/25/2021 | $650,000.00 | FUNDING |
| | | 10/27/2021 | $55,000.00 | FUNDING |
| | | 10/27/2021 | $60,000.00 | FUNDING |
| | | 10/29/2021 | $130,000.00 | FUNDING |
| | | 11/24/2021 | $51,000.00 | FUNDING |
| | | 12/9/2021 | $200,000.00 | FUNDING |
| | | 1/21/2022 | $100,000.00 | FUNDING |
| | | 4/8/2022 | $100,000.00 | FUNDING |
| | | 4/22/2022 | $185,000.00 | FUNDING |
| | | **SUBTOTAL** | $6,122,069.84 | |
| 4.4 | HAMON CUSTODIS, INC. | 4/30/2021 | $215,000.00 | FUNDING |
| | 46 EAST MAIN STREET, SUITE 301 | 5/3/2021 | $18,876.42 | FUNDING |
| | SOMERVILLE, NJ 00876 | 5/14/2021 | $250,000.00 | FUNDING |
| | | 5/19/2021 | $165,000.00 | FUNDING |
| | **Relationship to debtor** | 6/18/2021 | $50,000.00 | FUNDING |
| | DEBTOR AFFILIATE | 7/19/2021 | $18,000.00 | FUNDING |
| | | 7/23/2021 | $50,000.00 | FUNDING |
| | | 9/13/2021 | $112,000.00 | FUNDING |
| | | 9/21/2021 | $160,000.00 | FUNDING |
| | | 10/19/2021 | $75,000.00 | FUNDING |
| | | 1/11/2022 | $121,679.00 | FUNDING |
| | | 3/1/2022 | $80,000.00 | FUNDING |
| | | 4/5/2022 | $10,000.00 | FUNDING |
| | | **SUBTOTAL** | $1,325,555.42 | |
| 4.5 | HAMON HOLDINGS, INC. | 8/16/2021 | $16,500.00 | FUNDING |
| | 46 E. MAIN ST. STE. 301 | 1/18/2022 | $400,000.00 | FUNDING |
| | SOMERVILLE, NJ 08876 | 4/19/2022 | $15,000.00 | FUNDING |
| | **Relationship to debtor** | **SUBTOTAL** | $431,500.00 | |
| | DEBTOR AFFILIATE | | | |

*Prepared by BMC Group on 06/15/2022*

Debtor: **Hamon Research-Cottrell, Inc.**                              Case number (if known): **22-10379-JTD**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.6 | HAMON THERMAL EUROPE FRANCE<br>PERSPECTIVE SEINE - BAT. C<br>84, RUE CHARLES MICHELS<br>SAINT-DENIS CEDEX 93284<br>FRANCE | 3/16/2022 | $20,662.08 | RECHARGE MATERIAL |
| | | **SUBTOTAL** | $20,662.08 | |
| | **Relationship to debtor**<br>NON-DEBTOR AFFILIATE | | | |
| 4.7 | HAMON THERMAL GERMANY GMBH<br>ALTE WITTENER STRASSE, 30<br>BOCHUM 44803<br>GERMANY | 3/4/2022 | $64,055.85 | ICO LABOR AND TRAVEL |
| | | 3/29/2022 | $68,135.90 | ICO LABOR AND TRAVEL |
| | | 4/6/2022 | $52,140.07 | ICO LABOR AND TRAVEL |
| | | 4/15/2022 | $28,175.56 | ICO LABOR AND TRAVEL |
| | | **SUBTOTAL** | $212,507.38 | |
| | **Relationship to debtor**<br>NON-DEBTOR AFFILIATE | | | |
| 4.8 | RESEARCH COTTRELL COOLING<br>46 EAST MAIN STREET, SUITE 301<br>SOMERVILLE, NJ 00876-1251 | 4/30/2021 | $118,000.00 | FUNDING |
| | | 5/14/2021 | $150,000.00 | FUNDING |
| | | 5/19/2021 | $95,000.00 | FUNDING |
| | | 6/18/2021 | $450,000.00 | FUNDING |
| | | 7/9/2021 | $60,000.00 | FUNDING |
| | | 7/19/2021 | $53,000.00 | FUNDING |
| | | 11/10/2021 | $15,000.00 | FUNDING |
| | | 1/21/2022 | $7,807.90 | FUNDING |
| | | 4/1/2022 | $25,000.00 | FUNDING |
| | | 4/5/2022 | $10,000.00 | FUNDING |
| | | **SUBTOTAL** | $983,807.90 | |
| | **Relationship to debtor**<br>DEBTOR AFFILIATE | | | |
| 4.9 | RESEARCH COTTRELL COOLING, INC.<br>46 EAST MAIN STREET, SUITE 301<br>PO BOX 1500<br>SOMERVILLE, NJ 08876-1251 | 2/15/2022 | $35,000.00 | ICO LABOR |
| | | **SUBTOTAL** | $35,000.00 | |
| | **Relationship to debtor**<br>DEBTOR AFFILIATE | | | |
| | | **TOTAL** | $9,529,847.75 | |

Hamon Research-Cottrell, Inc.

**Case Number: 22-10379-JTD**

| | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| **Part 3:** | Legal Actions of Assignments |

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| | CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS |
|---|---|---|---|---|---|
| 7.1 | In the Matter of Arbitration Between Shriram EPC Limited, Claimant -and- Steel Authority of India Limited, Respondent No. 1 Hamon Research-Cottrell, Inc., Respondent No. 2 | | Action alleging breaches of consortium agreement to supply 6 ESPs Concluded (Final Award dated July 28, 2021, no award against HRC) | | ___Pending ___On appeal _X_Concluded |
| 7.2 | 7/12/19 - John Martineau | 2019L-000768 | Asbestos Case | Madison County, IL | _X_Pending ___On appeal ___Concluded |
| 7.3 | 1/14/20 - Richard Crowe | 2019L-014228 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.4 | 6/12/20 - Danny Anthony | 2020L-005730 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.5 | 7/31/20 - Judith Gilliam | 2020L-007795 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.6 | 9/03/20 – Henry Krolikowski | 2020L-008981 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.7 | 10/1/20 - Dorothy Goodwin | 2020-CP-40-04613 | Asbestos Case | Richland County, SC | _X_Pending ___On appeal ___Concluded |
| 7.8 | 1/11/21 – Jack Taylor | 2020-CP-40-06134 | Asbestos Case | Richland County, SC | _X_Pending ___On appeal ___Concluded |
| 7.9 | 10/7/21 – Marion Matechuk | 2021L-001171 | Asbestos Case | Madison County, IL | _X_Pending ___On appeal ___Concluded |
| 7.10 | 2/7/22 – Sharon Vallance | 2021L-001536 | Asbestos Case | Madison County, IL | _X_Pending ___On appeal ___Concluded |
| 7.11 | 2/22/22 – Richard David | 2021L-001584 | Asbestos Case | Madison County, IL | _X_Pending ___On appeal ___Concluded |
| 7.12 | 5/27/22 – Peter Rostern | 2022L-000613 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.13 | 7/12/21 – Larry Grainger Sued as Research-Cottrell., n/k/a AWT Air Company, Inc.: Hamon Research-Cottrell, Inc., Individually and as Successor-in-Interest to f/k/a Research-Cottrell Inc. | 2021-000673 | Asbestos Case | Cook County, IL | _X_Pending ___On appeal ___Concluded |
| 7.14 | 10/25/11 – Robert Simms | 190386/2011 | Asbestos Case | New York County, NY | _X_Pending ___On appeal ___Concluded |
| 7.15 | 11/17/21 – Kenneth Nylund | 21-2-08202-7 | Asbestos Case | Pierce County, WA | _X_Pending ___On appeal ___Concluded |
| 7.16 | 5/4/22 – Robert Wise Sued as HAMON RESEARCH-COTTRELL, INC., successor-in-interest to RESEARCH CORP. | GD2200-4738 | Asbestos Case | Allegheny County, PA | _X_Pending ___On appeal ___Concluded |
| 7.17 | 3/18/2020 – Phelps, Claude R | 20-003998 | Asbestos Case | Wayne County, MI | _X_Pending ___On appeal ___Concluded |
| 7.18 | 06/12/2020 - Stroia, Simon | 20006765NP | Asbestos Case | Wayne County, MI | _X_Pending ___On appeal ___Concluded |
| 7.19 | 04-13-2021 -Penner, Randal | 21003588NP | Asbestos Case | Wayne County, MI | _X_Pending ___On appeal ___Concluded |
| 7.20 | 06-04-2020 - Sampson, Patrick F | 20006110NP | Asbestos Case | Wayne County, MI | _X_Pending ___On appeal ___Concluded |
| 7.21 | 09/30/2020 Goodwin, Dorothy Jean Fox | 2020CP4004613 | Asbestos Case | Richland County, SC | _X_Pending ___On appeal ___Concluded |
| 7.22 | 01/11/2021 – Jack Taylor | 2020-CP-40-06134 | Asbestos Case | Richland County, SC | _X_Pending ___On appeal ___Concluded |
| 7.23 | Claimant: Richard Rogers | Claim No. 555-237337-001 Claim No. 555-257685-001 | Workers Compensation | NJ | _X_Pending ___On appeal ___Concluded |

**Hamon Research-Cottrell, Inc.**

**Case Number: 22-10379-JTD**

| Part 13: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**<br>Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  Other businesses in which the debtor has or has had an interest within 6 years before filing.

| | Business name and address | Describe the nature of the business | Employer Identification Number | Dates business existed From - To |
|---|---|---|---|---|
| 25.1 | Hamon Holdings Corporation<br>46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Parent entity of Hamon Corporation;<br>100% owned by Hamon $ Cie. (International) SA | 26-2244440 | 3/14/2008 to Present |
| 25.2 | Hamon Corporation<br>46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Parent entity of Hamon Research-Cottrell, Inc., Hamon Custodis, Inc., Research-Cottrell Cooling, Inc., and Hamon Deltak, Inc.;<br>100% owned by Hamon Holdings Corp. | 22-2270774 | 6/24/1999 to Present |
| 25.3 | Hamon Custodis, Inc.<br>46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Construction, maintenance, repair, inspection and demolition of chimneys, stacks and silos.;<br>100% owned by Hamon Corporation | 22-3595109 | 7/9/1998 to Present |
| 25.4 | Research-Cottrell Cooling, Inc.<br>46 East Main Street, Suite 301, Somerville, NJ 08876-1251 | Design, costruction, maintenance and repair wet cooling towers;<br>100% owned by Hamon Corporation | 26-2912385 | 12/10/2008 to Present |
| 25.5 | Hamon Deltak, Inc.<br>13330 12th Ave North, Plymouth, MN  55441 | Sale, maintenance and repair of heat recovery steam generators and waste heat boilers;<br>100% owned by Hamon Corporation | 45-2852153 | 7/28/2011 to Present |
| 25.6 | Hamon Custodis-Cottrell (Canada), Inc.<br>23 West Beaver Creek Road, Unit 2/3<br>Richmond Hill, Ontario<br>Canada L4B 1K4 | Construction, maintenance, repair, inspection and demolition of chimneys, stacks and silos.;<br>100% owned by Hamon Custodis, Inc. | Canadian Federal ID 88865 0025 RT0001 | 7/21/1998 to Present |

**Hamon Research-Cottrell, Inc.**

**Case Number: 22-10379-JTD**

| Part 13: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

26.  Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records
within 2 years before filing the case

| | Name | Address | Begin Date of Service | End Date of Service |
|---|---|---|---|---|
| 26a.1 | Scott Bryant | 13330 12th Ave North, Plymouth, MN  55441 | Prior to 4/24/2020 | Present |
| 26a.2 | Maureen Turner | 46 East Main Street, Suite 301, Somerville, NJ  08876-1251 | Prior to 4/24/2020 | Present |
| 26a.3 | Thomas Norman | 13330 12th Ave North, Plymouth, MN  55441 | Prior to 4/24/2020 | Present |
| 26a.4 | Massimo Bonatti | 46 East Main Street, Suite 301, Somerville, NJ  08876-1251 | Prior to 4/24/2020 | 3/31/2021 |

**Hamon Research-Cottrell, Inc.**

**Case Number: 22-10379-JTD**

| Part 13 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

26.  Books, records, and financial statements

26b.  All firms or individuals who have audited, compiled, or reviewed books and records or prepared a financial statement within 2 years before filing the case.

| | Name | Address | Begin Date of Service | End Date of Service |
|---|---|---|---|---|
| 26b.1 | BDO USA LLP | 90 Woodridge Center Dr., 4th Floor Woodbridge, NJ 07( | 4/24/2020 | 4/24/2022 |
| 26b.2 | KPMG LLP | 1601 Market Street, Philadelphia, PA 19103-2499 | 4/24/2020 | 4/24/2022 |
| 26b.3 | Ernst & Young | De Kleetlaan 2b , B-1831 Diegem, Belgium | 4/24/2020 | 4/24/2022 |

**Hamon Research-Cottrell, Inc.**

**Case Number: 22-10379-JTD**

**Part 13:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

26.  Books, records, and financial statements

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

| | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 26d.1 | PNC Bank | Two Tower Center Blvd 17th Floor | East Brunswick | NJ | 08816 | USA |
| 26d.2 | Fluor Enterprises Inc | 1 Fluor Daniel Drive | Sugar Land | TX | 77478-3899 | USA |
| 26d.3 | Worley | 5985 Rogerdale Road | Houston | TX | 77072 | USA |
| 26d.4 | Black and Veatch | 11401 Lamar | Overland Park | KS | 66211 | USA |
| 26d.5 | Burns & McDonnell | 9300 Ward Parkway | Kansas City | MO | 64114 | USA |

Debtor: **Hamon Research-Cottrell, Inc.**                          Case number (if known): **22-10379-JTD**

## Part 13:  Details About the Debtor's Business or Connections to Any Business

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,  bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| **30.1** DEMARTINO, JOSEPH J.<br>46 EAST MAIN STREET, SUITE 301<br>P.O. BOX 1500<br>SOMERVILLE, NJ 08876-1251 | $5,159.21 | 11/19/2021 | PAYROLL |
| | $4,521.82 | 5/21/2021 | PAYROLL |
| | $4,521.80 | 6/04/2021 | PAYROLL |
| | $4,521.82 | 6/18/2022 | PAYROLL |
| **Relationship to debtor** | $4,521.82 | 7/02/2021 | PAYROLL |
| | $4,521.80 | 7/16/2021 | PAYROLL |
| OFFICER | $4,521.82 | 7/30/2021 | PAYROLL |
| | $5,807.28 | 8/13/2021 | PAYROLL INCLUDES RETRO |
| | $4,612.86 | 8/27/2021 | PAYROLL |
| | $4,700.34 | 9/10/2021 | PAYROLL |
| | $5,159.20 | 9/24/2021 | PAYROLL |
| | $5,159.21 | 10/08/2021 | PAYROLL |
| | $4,521.81 | 5/07/2021 | PAYROLL |
| | $5,159.21 | 11/05/2021 | PAYROLL |
| | $4,670.26 | 4/22/2022 | PAYROLL |
| | $5,284.10 | 12/03/2021 | PAYROLL |
| | $5,660.04 | 12/17/2021 | PAYROLL |
| | $5,596.20 | 12/31/2021 | PAYROLL |
| | $5,136.25 | 1/14/2022 | PAYROLL |
| | $4,077.31 | 1/28/2022 | PAYROLL |
| | $4,635.42 | 2/11/2022 | PAYROLL |
| | $4,635.42 | 2/25/2022 | PAYROLL |
| | $4,640.49 | 3/11/2022 | PAYROLL |
| | $4,670.25 | 3/25/2022 | PAYROLL |
| | $4,670.25 | 4/08/2022 | PAYROLL |
| | $4,760.46 | 4/14/2022 | TRAVEL EXPENSES |
| | $5,159.21 | 10/22/2021 | PAYROLL |
| **SUBTOTAL** | $131,005.66 | | |
| **TOTAL** | $131,005.66 | | |

*Prepared by BMC Group on 06/15/2022*