# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al*.,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR DEBTOR
## HAMON RESEARCH-COTTRELL, INC. (CASE NO. 22-10379)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis, Inc. (5109); Hamon Deltak, Inc. (2153); Hamon Research-Cottrell, Inc. (5111); and Research-Cottrell Cooling, Inc. (2385). The Debtors' mailing address is 46 E. Main Street, Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al.*,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Hamon Holdings Corporation, Hamon Corporation, Hamon Custodis, Inc.. Hamon Deltak, Inc., Hamon Research-Cottrell, Inc., and Research-Cottrell Cooling, Inc.(collectively, the "Debtors"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis, Inc. (5109); Hamon Deltak, Inc. (2153); Hamon Research-Cottrell, Inc. (5111); and Research-Cottrell Cooling, Inc. (2385). The Debtors' mailing address is 46 E. Main Street, Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors and their officers, managers, employees, agents, and professional advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions of any person or party, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as required by the Bankruptcy Code, the Debtors and their officers, managers, employees, agents, and professional advisors do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or—except as required by the Bankruptcy Code, the Bankruptcy Rules, or order of the Bankruptcy Court—to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, managers, employees, agents and professional advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professional advisors. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**Overview of Methodology**

1.      <u>Reservation of Rights</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("<u>Claim</u>") descriptions or designations or the Debtor against which a Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, classification or any other basis; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained

2

elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor, or between a Debtor and an affiliate of the Debtor or a related party, is a statement of what appears in the Debtors' books and records, and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or otherwise, or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2.      <u>Description of the Case and "as of" Information Date</u>. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of April 24, 2022—the date upon which the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "<u>Petition Date</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). Exception is made to the balances of obligations between a Debtor and another Debtor or between a Debtor and an affiliate of the Debtor or a related party. These balances are calculated based on April 2022 month end closing figure.

3.      <u>Net Book Value of Assets</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all their assets. Accordingly, unless otherwise indicated in the Schedules and Statements or herein, the Debtors' Schedules and Statements reflect net book values as of April 24, 2022, in the Debtors' books and records. Additionally, because the book values of certain assets such as patents, trademarks, and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. In addition, the Debtors have listed investments in Debtors subsidiaries as having a $0.00 book value, as those equity interests are currently estimated to have no value due to the bankruptcy filings. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

4.      <u>Excluded Assets and Liabilities</u>. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any Claim.

5.      <u>Intellectual Property Rights</u>. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale,

acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. In addition, although the Debtors have made reasonable efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

6.      Summary of Significant Reporting Policies. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)      Accounts Receivable. Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not net of any allowance for doubtful accounts, which are unknown.

(b)      Causes of Action. Although the Debtors have attempted to list all claims of the Debtors, if any, on Questions 74 and 75 of Schedule A/B, certain claims may have been inadvertently omitted. The Debtors reserve all rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(c)      Executory Contracts. The Debtors have not listed executory contracts as assets in their Schedules and Statements; rather, the Debtors' executory contracts have been set forth in Schedule G. *See* Global Note 6(h), below, for additional notes regarding the Debtors' executory contracts.

(d)      Payments Made Within 90 Days Prior to the Petition Date and Payments to Insiders Within One Year of the Petition Date. Payments made in the ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the Statement 3.1. Payments made to certain professionals of the Debtors are listed in response to Statement 11 rather than Statement 3.1.

(e)      Total. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(f)      Schedule D - Secured Claims. The Debtors have not included on Schedule D claims that may be secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F. The Debtors reserve the right to dispute or challenge the extent, validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Secured claim amounts have been listed on Schedule D without regard to the value of assets securing such  claims. No attempt

4

was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

      (g)    <u>Schedule E/F - Priority and Unsecured Claims</u>. Although the Debtors may have scheduled claims of various creditors as priority claims, the Debtors reserve all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices. The dollar amounts listed may also be exclusive of contingent and unliquidated amounts. The Debtors expressly incorporate by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtors, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

      (h)    <u>Schedule G - Executory Contracts/Unexpired Leases</u>. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the Debtors' executory agreements may not have been memorialized in writing and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtors are a party is not executory. Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtors' accounts payable. The Debtors have not listed on Schedule E/F landlords and executory contract counterparties which may have Claims related to contract/lease rejection or other damages.

      (i)    <u>Estimates and Assumptions</u>. The Debtors have made certain necessary estimates and assumptions to timely comply with their disclosure obligations that affected the reported amounts of the assets and liabilities reported therein. Actual amounts could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

(j)    <u>Currency</u>. All amounts are reflected in U.S. dollars.

7.    <u>Intercompany and Affiliate Transactions</u>. The net balance of intercompany transactions between the Debtors, if any, as well as of affiliate transactions between the Debtors and their non-Debtor affiliates, if any, is set forth on Schedule E/F and Schedule A/B Item 11, as applicable, and is as of month-end April 2022. Any intercompany cash transfers between the Debtors, or between the Debtors and their non-Debtor affiliates, are captured on Statement Item 4. The listing in the Schedules or Statements (including, without limitation, Schedule A/B Item 11 or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor, or between a Debtor and a non-Debtor affiliate, is a statement of what appears in the Debtors' books and records as of the Petition Date and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations. The Debtors continue to analyze intercompany and affiliate balances, and these balances may continue to be revised beyond the amounts indicated in the Schedules and Statements. Intercompany obligations between a Debtor and another Debtor or between a Debtor and an affiliate are offset between current assets and current liabilities balances.  The actual balance due to/due from a certain Debtor might contain offsets based on the Debtors' books and records.

8.    <u>Exculpation</u>. The Debtors and their agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by their acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

9.    <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

DM3\8776331.3

## Global Notes to the Debtors' Schedules

### Part 1, Item 2.1

*Employee Priority Claims*. As of the filing of these Schedules, employee priority claims have been paid according to the First Day Orders.[2] Therefore, the claims relating to employee wages are not outstanding.  The employee priority claims amounts shown on the Schedules are gross of any and all taxes and no employee is individually identified. Since the Debtors have no pre-petition liabilities with individual employees following the First Day Order payments, and in the interest of confidentiality, their names and addresses are not disclosed on the Schedules. The Debtors can make parties available to provide further information or detail relating to employee priority claims upon request.

*Tax priority claims*. The Debtors do not owe any federal taxes as of the Petition Date.

### Part 5, Item 25

*Property Purchased Within 20 Days Before the Bankruptcy Filing*. The Debtors believe there was material purchased within 20 days of the Petition Date, but further investigation is needed because most of these purchases of goods and services are delivered at locations that do not belong to the Debtors.  These locations generally belong to customers that contract the Debtors to perform construction, repair or maintenance services.

## Global Notes to the Debtors' Statements

### Part 1, Item 1

*Revenue recognition*. Based on its accounting practices and procedures, the Debtors do not recognize project revenue in the months following the quarterly close.  However, the Company does recognize parts revenue on a monthly basis.

### Part 3, Item 7

In July 1998, Hamon & Cie (International) SA acquired certain assets of Research Cottrell, Inc., and affiliates ("RC"), and that acquisition led to the US operations of the affiliated Debtors. The cases listed in response to this question represent claims by the plaintiffs for alleged injuries due to exposure to asbestos, and all of these cases are subject to RC's indemnity obligations in connection with the aforesaid acquisition. RC has defended many such claims in the years since the acquisition, and none have resulted in any liability to any of the Debtors for claims or defense costs.

---

[2] The First Day Orders granted the First Day Motions defined in the *Notice of Final Hearing on First Day Motions* [Docket No. 30].

DM3\8776331.3

**Part 6, Items 11.1 and 11.2**

The Debtors jointly retained Duane Morris LLP prior to the Petition Date to serve as US restructuring and bankruptcy counsel. While the payments to Duane Morris were directed from Debtor Hamon Holdings Corporation, they were made on behalf of each of the Debtors. However, the payments are reflected only on the Statements for debtor Hamon Holdings Corporation and are omitted from the Statements for each of the other Debtors.

In addition, the payment to Duane Morris listed in Item 11.2 included $10,000 earmarked for the advance retainer payable to the Debtors' claims and noticing agent, BMC Group, Inc.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule E/F, Part 3, 3.1 - Hamon Deltak, Inc.; Hamon Research-Cottrell, Inc.**

Debtors Hamon Deltak, Inc. ("Deltak") and Hamon Research-Cottrell, Inc. ("HRC") were parties to pre-petition factoring agreements (the "Prepetition Factoring Agreements") with KBC Commercial Finance NV ("KBC"). In connection with the Prepetition Factoring Agreements, KBC purports to have acquired certain accounts receivables of HRC and Deltak and has alleged rights therein and in proceeds. Deltak and HRC, respectively, dispute KBC's positions.

**Specific Disclosures with Respect to the Debtors' Statements**

None.

**Fill in this information to identify the case:**

Debtor name ___Hamon Research-Cottrell, Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): ___22-10379 (JTD)___

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................

   $ _____-____
   Plus Unknown

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................

   $ __103,825,640.76__
   Plus Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................

   $ __103,825,640.76__
   Plus Unknown

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

   $ _____0.00__
   Plus Unknown

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................

   $ _____60,203.02__
   Plus Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................

   **+** $ __11,154,893.10__
   Plus Unknown

4. **Total liabilities**................................................................................................
   Lines 2 + 3a + 3b

   $ __11,215,096.12__
   Plus Unknown

**Fill in this information to identify the case:**

Debtor name  Hamon Research-Cottrell, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                      (State)

Case number (If known):  22-10379-JTD _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  —  $ _____ N/A

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | PNC Bank | Checking Account | 8  0  1  9 | $        606,601.79 |
| 3.2. | PNC Bank | Checking Account | 8  8  8  6 | $         50,001.91 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ N/A |
| --- | --- | --- |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**  —  $        656,603.70

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $ _____ N/A |
| --- | --- | --- |
| 7.2. | _____ | $ _____ |

| Debtor | Hamon Research-Cottrell, Inc. | Case number *(if known)* | 22-10379-JTD |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Federal Income Tax ..................................................... $ 388,940.95

8.2. Prepaid State Income Taxes - various states ......................... $ 78,763.63

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 467,704.58

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   1,957,413.21  –  0.00  = ........→   $ 1,957,413.21
        face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:   621,812.92  –  0.00  = ........→   $ 621,812.92
        face amount                  doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 2,579,226.13

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____   _____ %   _____   $ _____

15.2. _____   _____ %   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $ _____

---

Debtor    Hamon Research-Cottrell, Inc.
_____
Name

Case number (if known) 22-10379-JTD
_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ N/A |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ N/A |
| **21. Finished goods, including goods held for resale** | | | | |
| Goods Purchased For Resale | 12/2019 MM / DD / YYYY | $ 1,138,817.98 | At Cost | $ 1,138,817.98 |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ N/A |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,138,817.98

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value 19,869.08    Valuation method Net Book Value    Current value 19,869.08

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

Debtor    Hamon Research-Cottrell, Inc.
_____
          Name

Case number (if known) 22-10379-JTD
_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture - fully depreciated | $ 0.00 | At Cost | $ 2,438.40 |
| 40. **Office fixtures** | | | |
|  | $_____ | _____ | $ N/A |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment - fully depreciated | $ 0.00 | At Cost | $ 118,796.29 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $ N/A |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 121,234.69

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Hamon Research-Cottrell, Inc.
_____
        Name

Case number (if known) 22-10379-JTD
_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  $_____  _____  $_____

47.2 _____  $_____  _____  $_____

47.3 _____  $_____  _____  $_____

47.4 _____  $_____  _____  $_____

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $_____  _____  $_____

48.2 _____  $_____  _____  $_____

49.  **Aircraft and accessories**

49.1 _____  $_____  _____  $_____

49.2 _____  $_____  _____  $_____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor    Hamon Research-Cottrell, Inc.
_____    Case number *(if known)* 22-10379-JTD
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patents, Trademarks and Licenses - amortized | $ 5,417.84 | At Cost | $ 891,664.57 |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $ N/A |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $ N/A |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $ N/A |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $ N/A |
| 65. **Goodwill**<br>Goodwill - impaired | $ 3,705,973.34 | At Cost | $ 4,612,204.98 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $ 5,503,869.55

Debtor   Hamon Research-Cottrell, Inc.
         _____   Case number (if known) 22-10379-JTD
         Name                                       _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____ N/A
                                       Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____ N/A
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____ N/A

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____ N/A

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See attached rider   _____   $   93,358,184.13

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____ N/A

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____ N/A

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $   93,358,184.13

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Debtor | Hamon Research-Cottrell, Inc. | Case number (if known) 22-10379-JTD |
| --- | --- | --- |
| | Name | |

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 656,603.70 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 467,704.58 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 2,579,226.13 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 1,138,817.98 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 121,234.69 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. . ................................................➔ | | $ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 5,503,869.55 | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** $ 93,358,184.13 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 103,825,640.76 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................    $ 103,825,640.76

**Hamon Research-Cottrell, Inc.**                    **Case Number: 22-10379-JTD**

Part 11: **Schedule A/B:  Assets - Real and Personal Property**
All other assets

75.  Other contingent and unliquidated claims or cuases of action of every nature,
     including counterclaims of the debtor and rights to set off claims

| | Description | Nature of claim | Amount requested | | Current value of debtor's interest | |
|---|---|---|---|---|---|---|
| 75.1 | Hamon Research Cottrell BXL SA | Intercompany A/R | $ | 198,955 | $ | 198,955 |
| 75.2 | Hamon Research Cottrell S.A.R.L. | Intercompany A/R | $ | 224 | $ | 224 |
| 75.3 | Hamon Research Cottrell GMBH | Intercompany A/R | $ | 13,703 | $ | 13,703 |
| 75.4 | Hamon Therman Termanyu GMBH | Intercompany A/R | $ | 180,389 | $ | 180,389 |
| 75.5 | Hamon Corporation | Intercompany A/R | $ | 89,653,986 | $ | 89,653,986 |
| 75.6 | Hamon Custodis, Inc. | Intercompany A/R | $ | 1,815,057 | $ | 1,815,057 |
| 75.7 | Research-Cottrell Cooling, Inc. | Intercompany A/R | $ | 952,312 | $ | 952,312 |
| 75.8 | Hamon Deltak, Inc. | Intercompany A/R | $ | 506,919 | $ | 506,919 |
| 75.9 | Hamon Do Brasil | Intercompany A/R | $ | 20,438 | $ | 20,438 |
| 75.10 | Hamon Esindus Latino America Mexico | Intercompany A/R | $ | 1,793 | $ | 1,793 |
| 75.11 | Esindus | Intercompany A/R | $ | 14,407 | $ | 14,407 |

TOTAL $         93,358,184.13

**Fill in this information to identify the case:**

Debtor name __Hamon Research-Cottrell, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number (If known): __22-10379-JTD__

Official Form 206D

☑ Check if this is an
   amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct<br>the value | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.1** **Creditor's name**

**Creditor's Mailing Address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Hamon Research-Cottrell, Inc.**                                                      **22-10379-JTD**
          Name                                                                    Case Number (if known)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 2

**Fill in this information to identity the case:**

Debtor name  **Hamon Research-Cottrell, Inc.**

United States Bankruptcy Court for the: _____ District of  **Delaware**

(State)

Case number (If known):  **22-10379-JTD**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill it out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.1**<br>s143 | **Priority creditor's name and mailing address**<br>**ACCRUED EMPLOYEE WAGES & VACATION- SALARIED WORKERS**<br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**EMPLOYEE/WAGES**<br>**ACCRUED GROSS PAY 4/16/22 – 4/24/22**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $48,270.06 | $48,270.06 |
| **2.2**<br>s536 | **Priority creditor's name and mailing address**<br>**ACCRUED PAYROLL TAXES**<br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**EMPLOYEE PAYROLL TAXES**<br>**ACCRUED PAYROLL TAX 4/16/22 – 4/24/22**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,932.96 | $11,932.96 |
| **2.3**<br>s166 | **Priority creditor's name and mailing address**<br>**CANADA REVENUE AGENCY (PAY ONLINE)**<br>**PO BOX 3800 STN A**<br>**SUDSBURY, ON  P3A 0C3**<br>**CANADA**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**A/P- GST TAX**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

**Hamon Research-Cottrell, Inc.**

22-10375-JTD

Debtor Name

Case Number (if known)

## Part 1:    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| | | |
|---|---|---|
| **2.4** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** | UNKNOWN / UNKNOWN |
| s167 | CANADA REVENUE AGENCY (PAY ONLINE) PO BOX 3800 STN A SUDSBURY, ON  P3A 0C3 CANADA | Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: A/P- HST TAX | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **2.5** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** | UNKNOWN / UNKNOWN |
| s159 | DEPT OF REV - LA POST OFFICE BOX 201 BATON ROUGE, LA  70821-0201 | Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: SALES TAX PAYABLE LA - USA | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **2.6** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** | UNKNOWN / UNKNOWN |
| s160 | DEPT OF REV KS PO BOX 3506 TOPEKA, KS  66625-3506 | Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: SALES TAX PAYABLE KS - USA | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **2.7** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** | UNKNOWN / UNKNOWN |
| s162 | DEPT OF REV MN MINNESOTA DEPARTMENT OF REVENUE 600 NORTH ROBERT ST. ST. PAUL, MN  55146 | Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: SALES TAX PAYABLE MN - USA | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset? ☑ No ☐ Yes | |

**Hamon Research-Cottrell, Inc.**
_____
Debtor Name

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

s161  DEPT OF REV ND
OFFICE OF STATE TAX COMMISSIONER
600 E BOULEVARD AVE., DEPT. 127
BISMARCK, ND  58505-0599

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE ND - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

s163  DEPT OF REV NM
NEW MEXICO TAXATION AND REVENUE
DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM  87505

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE NM - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

s156  DEPT OF REVENUE - AZ
PO BOX 29079
PHOENIX, AZ  85038

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE AZ - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

s158  DEPT OF REVENUE - CT
450 COLUMBUS BLVD
SUITE 1
HARTFORD, CT  06103

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE CT - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
☑ No
☐ Yes

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

## Part 1:    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

2.12  s155

**DEPT OF REVENUE - IA**
PO BOX 10330
DES MOINES, IA  50306-0330

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE IA - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total Claim** UNKNOWN    **Priority Amount** UNKNOWN

---

2.13  s157

**DEPT OF REVENUE - IL**
PO BOX 19048
SPRINGFIELD, IL  92794-9048

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE IL - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total Claim** UNKNOWN    **Priority Amount** UNKNOWN

---

2.14  s154

**FRANCHISE TAX BOARD**
BUSINESS ENTITY BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO, CA  95812-2952

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE CA - USA

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total Claim** UNKNOWN    **Priority Amount** UNKNOWN

---

2.15  s164

**MINISTER OF FINANCE - QUEBEC**
REVENU QUEBEC, C P 25125
SUCCURSALE TERMINUS
QUEBEC, QC  G1A 0A6
CANADA

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX PAYABLE QC - CAN

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total Claim** UNKNOWN    **Priority Amount** UNKNOWN

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
| --- | --- | --- | --- | --- |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |

**s165**

**MINISTER OF FINANCE - SASKATCHEWAN**
**GOV'T OF SASKATCHEWAN**
**MINISTRY OF FINANCE, REVENUE DIVISION**
**PO BOX 200**
**REGINA, SK  S4P 2Z6**
**CANADA**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**SALES TAX PAYABLE SK - CAN**

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

claim: 11 U.S.C. § 507(a) (_____8_____)

**Is the claim subject to offset?**

☑ No
☐ Yes

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.00 |

**3.1**

**s238**

Nonpriority creditor's name and mailing address

A C MCGUNNIGLE & COMPANY
100 MARKET STREET
KENILWORTH, NJ  07033

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $312.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**

**s237**

Nonpriority creditor's name and mailing address

A&B ELECTRONICS CO.
RON GOYETTE, TECHNICAL SALES
55 MAYNESBORO STREET
BERLIN, NH  03570

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $76,378.74

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**

**s239**

Nonpriority creditor's name and mailing address

AGIS, LLC
16 POPLAR STREET
AMBLER, PA  19002

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $29,564.74

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**

**s240**

Nonpriority creditor's name and mailing address

AIR CURE, INC.
PO BOX 48420
COON RAPIDS, MN  55448-9998

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $44,424.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.5**  Nonpriority creditor's name and mailing address

**s241**  ALBION ELECTRIC, INC.
16913 E MICHIGAN AVE
ALBION, MI  49224

As of the petition filing date, the claim is:                                        $63,000.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address

**s242**  AMECC MECHANICAL CONSTRUCTION JSC
MR. PHAM VAN DUNG, PROJECT MANAGEMENT BOARD
JOINT STOCK COMPANY
KM 35, HIGHWAY 10, WUOC TUAN COMMUNE, AN LAO DISTRICT
HAI PHONG CITY,
VIETNAM

As of the petition filing date, the claim is:                                        $178,343.40

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**  Nonpriority creditor's name and mailing address

**s243**  AMERICAN PRODUCTS, INC.
45 LEIGH DRIVE
YORK, PA  17402

As of the petition filing date, the claim is:                                        $8,359.28

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**  Nonpriority creditor's name and mailing address

**s244**  AMSCOT STRUCTURAL PRODUCTS CORPORATION
241 EAST BLACKWELL STREET
DOVER, NJ  07801

As of the petition filing date, the claim is:                                        $18,162.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,955.03 |
|---|---|---|---|

s245   ANDVIC PROJECT SOLUTIONS
GENAFRICA 22 SLOANE ST.
BRYANSTON
SANDTON
JOHANNESBURG,  2191
SOUTH AFRICA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $186,275.00 |
|---|---|---|---|

s246   APROJECTS NV (BELGIUM)
WESLEY YAN, BUSINESS DEVELOPMENT MANAGER
INDIESTRAAT 2 (X JAN VAN GENTSTRAAT 1)
ANTWERPEN,  B2000
BELGIUM

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,386.24 |
|---|---|---|---|

s247   BETE FOG NOZZLE, INC
50 GREENFIELD STREET
GREENFIELD, MA  01301-1378

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.60 |
|---|---|---|---|

s248   BNP PARIBAS FORTIS
MONTAGNE DU PARC 3
BRUXELLES,  1000
BELGIUM

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,866.19 |

s249  CANON SOLUTIONS AMERICA, INC.
12379 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,975.28 |
|---|---|---|---|

s250  CEJKA INDUSTRIAL
1302 WAUGH DRIVE - PMP-488
HOUSTON, TX  77019

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419,365.50 |
|---|---|---|---|

s251  CERTIFIED CONSTRUCTORS SERVICE, INC.
DEBORAH HENDERSON, PRESIDENT
5330 FAIRFIELD DRIVE
CRESTVIEW, FL  32536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.96 |
|---|---|---|---|

s252  COMPLIANCESIGNS.COM
16228 FLIGHT PATH DR
BROOKSVILLE, FL  34604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,903.66 |
| **s253** | CONCEPTUM LOGISTICS (USA) LLC<br>25700 INTERSTATE 45 NORTH<br>SUITE 420<br>SPRING, TX  77386 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,952.97 |
| **s254** | CONCEPTUM LOGISTICS INDIA PVT LTD.,<br>NO.3271, 11TH MAIN ROAD,<br>H A L 2ND STAGE,<br>INDIRA NAGAR<br>BANGALORE,  560038<br>INDIA | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,552.00 |
| **s255** | COORSTEK, INC.<br>PO BOX 911515<br>DENVER, CO  80291-1515 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,740.50 |
| **s256** | CORTROL PROCESS SYSTEMS INC.<br>4518 WEST 56TH STREET<br>TULSA, OK  74107 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,950.00 |
|---|---|---|---|

s257 **CRADOTEX (M) SDN BHD**
**1570, JALAN SERULING,**
**KAWASAN PERINDUSTRIAN VALDOR**
**14200 SUNGAI JAWI**
**PENANG,**
**MALAYSIA**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,721.00 |
|---|---|---|---|

s258 **CSA GROUP**
**BANK OF AMERICA LOCKBOX SVCS**
**PO BOX 74007292**
**CHICAGO, IL  60674-7292**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $603,102.10 |
|---|---|---|---|

s259 **DAI DUNG METALLIC MANUFACTURE CONSTRUCTION & TRADE**
**DAI DUNG CORPORATION**
**LOT NO. 38, ZONE C, D1 STREET**
**AN HA INDUSTRIAL PARK, PHAM VAN HAI COMMUNE**
**HO CHI MINH CITY,  700000**
**VEITNAM**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.47 |
|---|---|---|---|

s260 **DISA GLOBAL SOLUTIONS, INC**
**DEPT 3731**
**PO BOX 123731**
**DALLAS, TX  75312-3731**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.25** Nonpriority creditor's name and mailing address

**s261**
DUNCAN COMPANY
425 HOOVER STREET N E
MINNEAPOLIS, MN  55413

As of the petition filing date, the claim is:

$12,535.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**s262**
EFFOX-FLEXTOR-MADER INC.
JEFF KORTH, VICE PRESIDENT SALES
9759 INTER OCEAN DRIVE
CINCINNATI, OH  45246

As of the petition filing date, the claim is:

$45,495.76

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**s263**
EL DORADO METALS, INC.
122 PELLIZZARRI PLACE
EL DORADO, AR  71730

As of the petition filing date, the claim is:

$196,653.45

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**s264**
EMKAY ENGINEERING
SURVEY NO. 36, PLOT NO 9/1,
UNIQUE INDUSTRIAL COMPLEX
K N, DHUMAL NAGAR, VASAI EAST
WALIV, MAHARASHTRA,  401208
INDIA

As of the petition filing date, the claim is:

$224,770.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.29**

s265

Nonpriority creditor's name and mailing address

**ENDRESS+HAUSER C/O MILLER MECHANICAL**
**2350 ENDRESS PLACE**
**GREENWOOD, IN  46143**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$52,434.92

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.30**

s266

Nonpriority creditor's name and mailing address

**ENVIROPOWER INDUSTRIAL LTD.**
**661 VILLAGE DRIVE**
**SHERWOOD PARK, AB  T8A 4K7**
**CANADA**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,126.87

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.31**

s267

Nonpriority creditor's name and mailing address

**ERIEZ MANUFACTURING CO.**
**GREG ROSS, ACCOUNTS RECEIVABLE/COLLECTIONS**
**C/O PME EQUIPMENT INC.**
**2200 ASBURY ROAD**
**ERIE, PA  16506-1440**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,298.47

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.32**

s268

Nonpriority creditor's name and mailing address

**EXXONMOBIL CATALYSTS & LICENSE**
**22777 SPRINGWOODS VILLAGE PARKWAY**
**SPRING, TX  77389**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,293.83 |
|---|---|---|---|
| s269 | **FED EX FREIGHT (223125)**<br>PO BOX 223125<br>PITTSBURGH, PA  15251-2125 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,022.59 |
|---|---|---|---|
| s270 | **FEDEX (POB 371461)**<br>PO BOX 371461<br>PITTSBURGH, PA  15250-7461 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.52 |
|---|---|---|---|
| s271 | **FEDEX FREIGHT (BOX 223125)**<br>PO BOX 223125<br>PITTSBURGH, PA  15251-2125 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 |
|---|---|---|---|
| s272 | **FINITE COMPOSITES CONSULTING**<br>2340 OAK RIVER CT<br>TROY, MI  48098 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 14 of 36

**Hamon Research-Cottrell, Inc.**
_____
Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

$9,222.50

| s273 | GALLETTA ENGINEERING CORP |
|---|---|

FOSTER PLAZA 4
501 HOLIDAY DRIVE, SUITE 105
PITTSBURGH, PA  15220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $14,744.46

s274    **GEODIS KOREA CO. LTD**
HYEEUN JANG
10TH FLOOR, KOREA ASSOC OF MACHINERY
INDUSTRY BLDG., 22, GUKHOE-DAERO 76-GIL
YEONGDEUNGPO-GU
SEOUL,  07238

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $13,078.20

s275    **GREEN BROOK ELECTRONICS**
U S CIRCUITS, INC.
945 U S HIGHWAY 22 WEST
NORTH PLAINFIELD, NJ  07060

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $94,296.93

s93    **HAMON & CIE (INTERNATIONAL) S.A.**
RUE ANDRÉ DUMONT 6
MONT-SAINT-GUIBERT,  1435
BELGIUM

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?
☐ No
☑ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Hamon Research-Cottrell, Inc.**

Debtor Name

**22-10379-JTD**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.00 |

**s91**

HAMON COOLING SYTEMS PRIVATE LIMITED (EX. HSC)
PACIFICA TECH PARK, BLOCK-1. 1ST FLOOR, CORE-2, MODULE NO.
1G&1H. SURVEY NO. 76
NO.E RAJIV GANDHI SALAI (OMR)
NAVALUR,KANCHEEPURAM DIST
TAMIL NADU,  600130

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,292,772.00 |

**s99**

HAMON CUSTODIS - COTTRELL CANADA, INC.
23 WEST BEAVER CREEK ROAD
UNIT 2
RICHMOND HILL, ON  L4B1K4
CANADA

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,453.58 |

**s103**

HAMON ENVIROSERV GMBH
ALTE WITTENER STRASSE 30
BOCHUM,  44803
GERMANY

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $518,225.00 |

**s100**

HAMON HOLDINGS CORP
46 EAST MAIN STREET, SUITE 301
SOMERVILLE, NJ  00876

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**s106**

HAMON INDIA PVT LTD
PACIFICA TECH PARK, BLOCK-1. 1ST FLOOR, CORE-2, MODULE NO. 1G&1H. SURVEY NO. 76
NO.E RAJIV GANDHI SALAI (OMR)
NAVALUR,KANCHEEPURAM DIST
TAMIL NADU,  600130

Date or dates debt was incurred

Last 4 digts of account number

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   COMPANY RELATED INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,055.00 |
|---|---|---|---|

**s107**

HAMON KOREA CO LTD – APC DIVISION
58, BAUMOE-RO 37 GIL, SEOCHO-GU
SEOUL,  06744
SOUTH KOREA

Date or dates debt was incurred

Last 4 digts of account number

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   COMPANY RELATED INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,611.00 |
|---|---|---|---|

**s113**

HAMON KOREA CO. LTD
HAMON PLAZA 33-2, 20GIL, BANPODAERO, SEOCHO-GU
SEOUL,  137-873
SOUTH KOREA

Date or dates debt was incurred

Last 4 digts of account number

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   COMPANY RELATED INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,784.00 |
|---|---|---|---|

**s119**

HAMON RESEARCH COTTRELL INDIA PVT LTD
PACIFICA TECH PARK, BLOCK-1. 1ST FLOOR, CORE-2, MODULE NO. 1G&1H. SURVEY NO. 76
NO.E RAJIV GANDHI SALAI (OMR)
NAVALUR,KANCHEEPURAM DIST
TAMIL NADU,  600130

Date or dates debt was incurred

Last 4 digts of account number

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   COMPANY RELATED INTERCOMPANY

Is the claim subject to offset?

☐ No
☑ Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

---

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,762.42 |

s126    HAMON RESEARCH COTTRELL S.A.
RUE ANDRE DUMONT 6
MONT-SAINT-GUIBERT,  1435
BELGIUM

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **COMPANY RELATED INTERCOMPANY**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.50**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:    $579.00

s130    HAMON RESEARCH COTTRELL SHANGAI CO LTD
ROOM 1801-04 MINGSHEN BUSINESS PLAZA
NO 400 CAOBAO ROAD
SHANGHAI,  200233
CHINA, PEOPLE`S REPUBLIC OF

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **COMPANY RELATED INTERCOMPANY**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.51**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:    $28,017.88

s96    HAMON THERMAL EUROPE FRANCE
PERSPECTIVE SEINE - BAT. C
84, RUE CHARLES MICHELS
SAINT-DENIS CEDEX,  93284
FRANCE

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **COMPANY RELATED INTERCOMPANY**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.52**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:    $102,210.99

s94    HAMON THERMAL EUROPE S.A.
RUE ANDRÉ DUMONT 6
MONT-SAINT-GUIBERT,  1435
BELGIUM

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **COMPANY RELATED INTERCOMPANY**

Is the claim subject to offset?
☐ No
☑ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,298.00 |
|---|---|---|---|

s137    HAMON VIETNAM CIE LTD
4TH FLOOR, ROOM 402, NGUYEN DINH CHIEU STREET
WARD 6, DISTRICT 3
HCMC,
VIETNAM

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   COMPANY RELATED
INTERCOMPANY

Last 4 digts of account number

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.00 |
|---|---|---|---|

s98    HAMONBLUE DE PORTUGAL
RUA LAURA AYRES, N°3, R/C, LOT 21
LISBOA,   1600-510
PORTUGAL

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   COMPANY RELATED
INTERCOMPANY

Last 4 digts of account number

Is the claim subject to offset?

☐ No
☑ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,164.00 |
|---|---|---|---|

s276    HAYES PUMP INC.
295 FAIRFIELD ROAD
FAIRFIELD, NJ  07004

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.84 |
|---|---|---|---|

s277    HEATREX
PO BOX 638472
CINCINNATI, OH  45263-8472

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.57**    Nonpriority creditor's name and mailing address

s278    HOTFOIL-EHS, INC.
6 BLACK FOREST ROAD
HAMILTON, NJ 08691

As of the petition filing date, the claim is:    $33,792.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58**    Nonpriority creditor's name and mailing address

s279    HTD HEAT TRACE, INC.
MATTHEW HADEN
8 BARTLES CORNER RD , UNIT 104
FLEMINGTON, NJ 08822

As of the petition filing date, the claim is:    $26,291.20

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59**    Nonpriority creditor's name and mailing address

s280    JAMES CONTROLS, LLC
230 KINGS HWY EAST, #328
HADDONFIELD, NJ 08033

As of the petition filing date, the claim is:    $33,437.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60**    Nonpriority creditor's name and mailing address

s281    JINU DEV CO, LTD.
67-105, GIMPO-DAERO 2385 BEON-GIL
TONGJIN-EUP
GIMPO-SI
GYEONGGI-DO,
SOUTH KOREA

As of the petition filing date, the claim is:    $36,000.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $631.09 |
|---|---|---|---|

s282   JMS SOUTHEAST INC
105 TEMPERATURE LANE
STATESVILLE, NC  28677

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $999,115.77 |
|---|---|---|---|

s875   KBC COMMERCIAL FINANCE NV
ATTN: DIMITRI SEGERS
ACCOUNT MANAGER RISK DEPARTMENT,
WORKING CAPITAL SOLUTIONS
HAVENLAAN 6, ZVH 02 – WCS
BRUSSELS,   1080

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   SEE GLOBAL NOTES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,987.89 |
|---|---|---|---|

s283   KERCHER ENTERPRISES, INC.
920 MECHANIC STREET
LEBANON, PA  17046

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,846.12 |
|---|---|---|---|

s284   KIRK KEY INTERLOCK COMPANY LLC
PO BOX 638534
CINCINNATI, OH  45263-8534

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.65** Nonpriority creditor's name and mailing address

**s285** KOMLINE-SANDERSON CORP
PO BOX 257
PEAPACK, NJ  07977

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,235.24

---

**3.66** Nonpriority creditor's name and mailing address

**s286** KRAFT POWERCON INC.
38 DUKA AVE
FAIRFIELD, CT  06825

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$37,900.00

---

**3.67** Nonpriority creditor's name and mailing address

**s287** KUEST CORPORATION
PO BOX 33007
SAN ANTONIO, TX  78265

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$48,289.00

---

**3.68** Nonpriority creditor's name and mailing address

**s288** LAPP INSULATORS LLC
130 GILBERT STREET
LE ROY, NY  14482

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$8,441.00

---

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,464.00

s289 | MAGNUM SYSTEMS
2205 JOTHI AVENUE
PARSONS, KS 67357-8460

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $118.58

s290 | MARSULEX ENVIRONMENTAL TECHNOLOGIES CORP
200 NORTH SEVENTH STREET
LEBANON, PA 17046

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100.00

s291 | MATRIX COOLING (M) SDN BHD
NO 2, JALAN SUNGAI RASAU E 32/E
BERJAYA PARK, SECTION 32
40460 SHAH ALAM
SELANGOR,
MALAYSIA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,100.80

s292 | MATTHEW WARREN SPRING DIVISION
500 E OTTAWA STREET
LOGANSPORT, IN 46947

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.08

**s293**
MCMASTER-CARR
PO BOX 7690
CHICAGO, IL  60680-7690

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230,216.04

**s294**
METALLINE INC.
BOB SKEDEL, PRESIDENT
1859 TERRY DRIVE
JOLIET, IL  60436

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,317.70

**s295**
MOTION INDUSTRIES, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 414444
BOSTON, MA  02241-4444

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,224.44

**s296**
NATIONAL CONVEYORS COMPANY INC.
4404 A CHESAPEAKE DRIVE
CHARLOTTE, NC  28216

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,827.80 |
|---|---|---|---|

s297  NEUNDORFER, INC.
4590 HAMANN PARKWAY
WILLOUGHBY, OH  44094

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,730.00 |
|---|---|---|---|

s298  NORDEA FINANCE EQUIPMENT AS
C/O SG FINANS AS
PO BOX 105
LYSAKER,  NO-1325
NORWAY

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $233,165.00 |
|---|---|---|---|

s299  NWL, INC.
TERRY FARMER, VP AND ESP BUSINESS UNIT DIRECTOR
312 RISING SUN ROAD
BORDENTOWN, NJ  08505

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,506.54 |
|---|---|---|---|

s300  PIPING TECHNOLOGY &
PRODUCTS, INC.
PO BOX 34506
HOUSTON, TX  77234-4506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $84,974.00 |
|---|---|---|---|

s301   PPC USA, INC.
SARKIS MINASSIAN, REGIONAL SALES MANAGER
363 NORTH SAM HOUTON PARKWAY EAST
SUITE 700
HOUSTON, TX 77060

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,919.57 |
|---|---|---|---|

s302   PROCESS TEMPERATURE COMPONENTS, INC.
11030 RICHARDSON ROAD, SUITE B-23
ASHLAND, VA 23005

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295,793.00 |
|---|---|---|---|

s303   PSP INDUSTRIES
BRAD HOOPER, PRESIDENT
9885 DOERR LANE
SCHERTZ, TX 78154-9408

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

s108   PT. HAMON INDONESIA
KOMPLEK TAMAN TEKNO BLOK G3 NO. 15-16
BSD CITY SEKTOR XI
SERPONG
TANGERANG SELATAN-BANTEN, 15314
INDONESIA

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   COMPANY RELATED
INTERCOMPANY

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

**22-10379-JTD**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

**3.85**    Nonpriority creditor's name and mailing address

s304    **QPI, AN H&K PERFORATING COMPANY**
5420 W ROOSEVELT RD, STE 314
CHICAGO, IL 60644

As of the petition filing date, the claim is:    $5,696.32

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.86**    Nonpriority creditor's name and mailing address

s305    **RASCHIG USA INC.**
2201 E LAMAR BLVD, SUITE 240
ARLINGTON, TX 76006

As of the petition filing date, the claim is:    $15,576.06

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.87**    Nonpriority creditor's name and mailing address

s306    **ROSE FABRICATING & LNDUSTRIAL SOLUTIONS**
JESSICA WOOD, CONTROLLER
290 INDUSTRIAL ROAD N
COVINGTON, TN 38019

As of the petition filing date, the claim is:    $203,400.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.88**    Nonpriority creditor's name and mailing address

s307    **SAGEBRUSH PIPELINE EQUIPMENT CO.**
PO BOX 679810
DALLAS, TX 75267-9810

As of the petition filing date, the claim is:    $600.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Hamon Research-Cottrell, Inc.

22-10379-JTD

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,506.22 |
|---|---|---|---|

**s308**  SAMSON FABRICATION INC.
PO BOX 462
WATERLOO, IA  50704-0462

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,192.30 |
|---|---|---|---|

**s309**  SHEL-B ENVIRONMENTAL EMISSIONS
CONSULTING, INC.
7025 BLACKOAK DRIVE
REYNOLDSBURG, OH  43068-1511

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.00 |
|---|---|---|---|

**s310**  SOLAFT FILTRATION SOLUTIONS
PO BOX 91918
TUSCON, AZ  85752

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,733.00 |
|---|---|---|---|

**s311**  SOUTHEAST TEXAS INDUSTRIES, INC.
PO BOX 1220
BRIDGE CITY, TX  77611

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
| --- | --- | --- | --- |
| **3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,092.00 |
| **s312** | **SOUTHEASTERN HEATERS & CONTROLS, INC.**<br>**MARK S. MAYS**<br>**8165 ALABAMA HIGHWAY 69**<br>**GUNTERSVILLE, AL  35976** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $30,495.75 |
| **s313** | **SOUTHERN FIELD MAINTENANCE & FABRICATION**<br>**227 INDUSTRIAL PARKWAY**<br>**LUVERNE, AL  36049** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $298.45 |
| **s314** | **STATE OF NEW JERSEY**<br>**DIVISION OF EMPLOYER ACCTS, PO B0X 059**<br>**TRENTON, NJ  08646-0059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| **3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,483.00 |
| **s315** | **STORAGE & TRANSFER TECHNOLOGIES, INC.**<br>**8485 PARKHILL DRIVE**<br>**MILTON, ON  L9T 5E9**<br>**CANADA** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Hamon Research-Cottrell, Inc.**

22-10379-JTD

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.28 |
|---|---|---|---|

s316   SUPERIOR INTERLOCK CORP
73-39 CENTRAL AVE.
GLENDALE, NY 11385

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,006.50 |
|---|---|---|---|

s317   SYNTRON MATERIAL HANDLING, LLC
PO BOX 96138
CHICAGO, IL 60693

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,736.70 |
|---|---|---|---|

s318   THE BABCOCK & WILCOX COMPANY
1200 E MARKET STREET SUITE 650
AKRON, OH 44305

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.39 |
|---|---|---|---|

s319   THE CLEVELAND VIBRATOR COMPANY
4544 HINCKLEY INDUSTRIAL PKWY
CLEVELAND,, OH 44109

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$460,710.00** |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $460,710.00 |
|---|---|---|---|
| s320 | THERMAL TRANSFER CORPORATION<br>BRANDON KAMEG, VP HEAT TRANSFER AND ENERGY SOLUTIONS<br>(WABTEC CORPORATION)<br>50 NORTH LINDEN STREET<br>DUQUESNE, PA  15110-1067 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,580.00 |
| s321 | TRIDIAGONAL SOLUTIONS, INC<br>12703 SPECTRUM DRIVE<br>SUITE 101<br>SAN ANTONIO, TX  78249 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,982.47 |
| s322 | TRI-STATE TECHNICAL SALES CORP<br>PO BOX 4006<br>MALVERN, PA  19355 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.20 |
| s323 | TURTLE & HUGHES, INC.<br>1900 LOWER ROAD<br>LINDEN, NJ  07036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Hamon Research-Cottrell, Inc.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| **3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.60 |
| **s324** | UPS<br>PO BOX 650116<br>DALLAS, TX 75265-0116 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,705.79 |
| **s325** | US DUCT, INC.<br>4898 MCCRACKEN RD<br>KERNERSVILLE, NC 27284 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.88 |
| **s326** | USF HOLLAND INC.<br>27052 NETWORK PLACE<br>CHICAGO, IL 60673-1270 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,663.13 |
| **s327** | VINCENNES WELDING CO., INC.<br>923 N 13TH STREET<br>VINCENNES, IN 47591 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Hamon Research-Cottrell, Inc.**

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 |
|---|---|---|---|
| s328 | WABTEC COMPONENTS LLC<br>50 NORTH LINDEN STREETR<br>DUQUESNE, PA  15110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,959.00 |
|---|---|---|---|
| s329 | WALKER MACHINE FOUNDRY<br>2415 RUSSELL AVE. SW<br>ROANOKE, VA  24015-0587 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,852.34 |
|---|---|---|---|
| s330 | WM W MEYER & SONS INC<br>1700 FRANKLIN BLVD<br>LIBERTYVILLE, IL  60048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,949.41 |
|---|---|---|---|
| s331 | WURTH REVCAR FASTENERS, INC.<br>3845 THIRLANE ROAD<br>ROANOKE, VA  24019 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,951.82

**s332** | XIOS GLOBAL PROJECTS LLC (FORM BRAID)
1908 N MEMORIAL WAY
HOUSTON, TX  77007

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $138,864.60

**s333** | Y H H MARINE ENGINEERING PTE LTD
MR. JOEY CHAU, COMMERCIAL SHIPPING
NO. 1 KIAN TECK CRESCENT
SINGAPORE,   628880
SINGAPORE

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,025.16

**s334** | YRC FREIGHT
PO BOX 13573
NEWARK, NJ  07188-3573

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Hamon Research-Cottrell, Inc.**

Debtor Name

22-10379-JTD

Case Number (if known)

## Part 3:    List Others to Be Notified About Unsecured Claims

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|

**Hamon Research-Cottrell, Inc.**

Debtor Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of Claim Amounts**

**5a. Total Claims from Part 1**    5a.    $60,203.02
**PLUS UNKNOWN**

**5b. Total Claims from Part 2**    5b.  +    $11,154,893.10

**5c. Total of Parts 1 and 2**    5c.    $11,215,096.12
Lines 5a + 5b = 5c.    **PLUS UNKNOWN**

**Fill in this information to identify the case:**

Debtor name  Hamon Research-Cottrell, Inc.

United States Bankruptcy Court for the: _____  District of  **Delaware**

(State of)

Case Number (if known):  **22-10379-JTD** _____  Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: CLIENT CONTRACT | 1POINTFIVE P1 LLC<br>5 GREENWAY PLAZA SUITE 110<br>HOUSTON, TX  77046 |
| | State the term remaining: ENDS 6/1/2023 | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: CLIENT CONTRACT | AK STEEL CORPORATION<br>9227 CENTRE POINTE DRIVE<br>WEST CHESTER, OH  45069 |
| | State the term remaining: ENDS 3/1/2028 | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: CLIENT CONTRACT | BASIN ELECTRIC LARAMIE RIVER STATION<br>347 GRAYROCKS ROAD<br>WHEATLAND, WY  82201 |
| | State the term remaining: ENDS 4/22/2023 | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: CLIENT CONTRACT | CLIFFS MINING<br>CCI MINE ROAD<br>ISHPIMING, MI  49849 |
| | State the term remaining: ENDS 8/1/2023 | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest: CLIENT CONTRACT | ECO SERVICES<br>PO BOX 840<br>VALLEY FORGE, PA  19482 |
| | State the term remaining: ENDS 2/1/2023 | |
| | List the contract number of any government contract | |

| Debtor | Hamon Research-Cottrell, Inc. | Case Number (if known): | 22-10379-JTD |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | EVERGY METRO, INC. PO BOX 411437 KANSAS CITY, MO 64141 |
| | State the term remaining | ENDS 9/20/2022 | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | FREEPORT-MCMORAN MIAMI INC. 5701 NEW STREET CLAYPOOL, AZ 85532 |
| | State the term remaining | ENDS 9/1/2022 | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICES, SOFTWARE, TECHNOLOGY CONTRACTS | INTUIT PO BOX 2981 PHOENIX, AR 85062-2981 |
| | State the term remaining | ENDS 8/30/2022 | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | JOHN ZINK ASIA PACIFIC 260 ORCHARD ROAD #11-01/09 HEEREN SINGAPORE, 238855 SINGAPORE |
| | State the term remaining | ENDS 9/1/2023 | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | KNAUF INSULATION INC. ONE KNAUF DRIVE SHELBYVILLE, IN 46176 |
| | State the term remaining | ENDS 11/1/2022 | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | LYONDELLBASELL BERRE L`ETANG COMPAGNIE PÉTROCHIMIQUE DE BERRE CHEMIN BERRE L`ETANG, 95648 FRANCE |
| | State the term remaining | ENDS 8/1/2023 | |
| | List the contract number of any government contract | | |

| Debtor | Hamon Research-Cottrell, Inc. | Case Number (if known): | 22-10379-JTD |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2. 12** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | MANGALORE REF & PETROCH. LTD MANGALORE REF & PETROCH. LTD KUTHETHOOR, VIA KATIPALLA MANGALORE, DAKSHINA KANNADA KARNATAKA,  575030 INDIA |
| | State the term remaining | ENDS 12/1/2024 | |
| | List the contract number of any government contract | | |
| **2. 13** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | MIDAMERICAN ENERGY COMPANY PO BOX 3006 SIOUX CITY, IA  52761 |
| | State the term remaining | ENDS 3/1/2023 | |
| | List the contract number of any government contract | | |
| **2. 14** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | PONTICELLI SOUTH AFRICA (PTY) LTD NTANDO SQUARE, 3RD FLOOR CNR FRIKKIE MEYER BLVD & CHERRY STREET VANDERBIJL PARK GAUTENG, SOUTH AFRICA, REPUBL |
| | State the term remaining | ENDS 4/30/2023 | |
| | List the contract number of any government contract | | |
| **2. 15** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 5/1/2024 | |
| | List the contract number of any government contract | | |
| **2. 16** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 12/31/2025 | |
| | List the contract number of any government contract | | |
| **2. 17** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 12/31/2025 | |
| | List the contract number of any government contract | | |

| Debtor | Hamon Research-Cottrell, Inc. | Case Number (if known): | 22-10379-JTD |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 7/1/2023 | |
| | List the contract number of any government contract | | |
| 2. 19 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 12/1/2023 | |
| | List the contract number of any government contract | | |
| 2. 20 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | RELIANCE INDUSTRIES LTD. RELIANCE CORPORATE PARK BLDG NO. 6, 2ND FLOR D WING, CA 5 THANE-BELAPUR ROAD, GHANSOLI NAVI MUMBAI,   400 701 INDIA |
| | State the term remaining | ENDS 5/1/2024 | |
| | List the contract number of any government contract | | |
| 2. 21 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | SAMSUNG ENGINEERING CO., LTD SAMSUNG GEC, 26, SANGIL-RO 6-GIL GANGDONG-UG SEOUL,   05288 SOUTH KOREA |
| | State the term remaining | ENDS 1/1/2025 | |
| | List the contract number of any government contract | | |
| 2. 22 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT | ZEECO, INC. 22151 E 91ST STREET BROKEN ARROW, OK  74014 |
| | State the term remaining | ENDS 8/15/2022 | |
| | List the contract number of any government contract | | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Hamon Research-Cottrell, Inc. | | |
| United States Bankruptcy Court for the: | | District of | Delaware |
| | | | (State of) |
| Case Number (if known): | 22-10379-JTD | Chapter | |

☐ **Check if this is an amended filing**

## Official Form 206H
## SCHEDULE H - CODEBTORS                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor<br>Name and Mailing Address | Column 2: Creditor<br>Name | Check all schedules that apply: |
|---|---|---|

**Fill in this information to identify the case and this filing:**

Debtor Name ___Hamon Research-Cottrell, Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (*If known*): ___22-10379 (JTD)___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/15/2022___
MM / DD / YYYY

✗ ___/s/ Scott Bryant___
Signature of individual signing on behalf of debtor

___Scott Bryant___
Printed name

___Treasurer___
Position or relationship to debtor