IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al.*,[1] | Case No. 22-10375 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 161** |

## CERTIFICATION OF COUNSEL

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies as follows:

1. On June 21, 2022, the Debtors filed their *Motion For Entry of Orders (I) Establishing Sale and Bidding Procedures and (II) Authorizing the Sale of All or Substantially All of the Debtor' Assets* [Docket No. 161] (the "Motion").

2. The deadline for parties to file objections to the Motion was July 5, 2022 at 4:00 p.m. (the "Objection Deadline").

3. No objections to the Motion were filed by the Objection Deadline. However, the Office of the United States Trustee provided informal comments which have been resolved through revisions to the proposed form of order attached hereto as **Exhibit A** (the "Revised Order"). A redline against the original proposed form of order submitted with the Motion is attached hereto as **Exhibit B**. The Objection Deadline having otherwise passed, the Debtors respectfully request the Court enter the Revised Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis Inc. (5109); Hamon Deltak Inc. (2153); Hamon Research-Cottrell Inc. (5111); and Research-Cottrell Cooling Inc. (2385). The Debtors' mailing address is 46 E. Main Street Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

DM3\8833030.1

2

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order approving the Motion at its earliest convenience.

Dated: July 8, 2022
      Wilmington, Delaware

DUANE MORRIS LLP

/s/ *Jarret P. Hitchings*
Christopher M. Winter (DE 4163)
Jarret P. Hitchings (DE 5564)
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:  cmwinter@duanemorris.com
         jphitchings@duanemorris.com

*Counsel to the Debtors-in-Possession*